# EXHIBIT 5



BROWN &
MICHAELS, PC

*Our knowledge protects yours*

June 12, 2020

Amit Patel
CEO
Ebates, Inc. d/b/a Rakuten (formerly known as Ebates)
800 Concar Drive 5th Floor
San Mateo, California  94402
cashbackbutton@rakuten.com

MICHAEL F. BROWN® (RETIRED)
CHRISTOPHER A. MICHAELS®
GARTH E. COVIELLO®
ULYSSES WILLIAMS III®
LYNDA M. WOOD®


OF COUNSEL
MARYILYN TEBOR-SHAW

RALPH R. BARNARD®
(1926-2013)


® Registered Patent Attorney
® Registered Patent Agent

Re: Notice of Infringement & License Agreement

Dear Amit Patel,

    I represent MyMail, Ltd. (MyMail).  MyMail owns a portfolio of patents including four patents related to the automated modification of an end-user's toolbar in real time over a network:  US10228838B2, US9021070B2, US9141263B2, US8275863B2.

    We have reviewed your Chrome extension called "**Rakuten: Get Cash Back For Shopping**" and available at: https://www.rakuten.com/.  We have downloaded the relevant manifest.json file and JavaScript files.  We have included a claim chart that provides a detailed analysis of your product's infringement of the patent claims.  This letter, source code print out, and claim chart serve as notice of infringement.

    Having stated the problem, we also offer a business solution.  The primary purpose of this letter is to offer a license agreement in the form attached to this letter.  We are hopeful that we will be able to reach a resolution, so I will start with how we came to our business proposal first.

    The statute of limitations is a six-year lookback from initiation of litigation and the last patent expired May 13, 2020.  Therefore, from today we are measuring royalties over a roughly a 72-month use period.

    The licensing offer includes a base fee of $2,000/month ($154,000 total). The per user royalty is $0.05/month/user.  The number of users listed on the Google extension website for your product is: 3,000,000.  We have assumed that Chrome has 2/3 of the browser market and that that your actual number of users is 1.5 x the number of users listed on Chrome's website. If your application generates revenue directly from the user, the license provides for a royalty of 5% of revenue generated from the infringing product.  We estimated that your revenue over the last six years was $420,000,000.

    Please verify these estimates because we have included a representation in the license agreement that the users and revenue derived from the users do not exceed our estimates.  If you would prefer to provide

4ᵗʰ Floor
M&T Bank Building
118 North Tioga Street
Ithaca, New York 14850

607-256-2000
fax: 607-256-3628

bpm@bpmlegal.com
http://www.bpmlegal.com

*Service by electronic
communications not accepted*



your exact number of users and revenue for your applications, we have attached a spreadsheet for you to provide your exact number of users by month.  I have also included a draft mutual non-disclosure agreement to protect any confidential information that we might exchange.

We have been engaged to evaluate potential infringement claims and make an initial attempt to resolve infringement claims before they are referred to the litigation team.  MyMail has been involved in a lot of litigation and has litigators actively enforcing its patents, but it will not be this law firm that initiates any litigation against your company.  I am focused on seeking a business resolution.

We are certainly aware of the expense and risk of litigation.  Both this firm and our client have a financial incentive to reach a resolution prior to litigation.  We would be willing to discuss a discount on the damages that would be sought during litigation if we reach agreement prior to litigation. We have calculated your potential royalty as follows:

| Estimated Users | Reported Users on Google Chrome Extension Website x 1.5 | 4,500,000 |
|---|---|---|
| Estimated Revenue | Estimated payments by users for extension purchase, in app purchases, and ad revenue for 72 months | $420,000,000 |
| Royalties owed for 72 months of use = | $2,000/month as a base fee + | $144,000 |
| | $0.05/user/month with an installed toolbar extension + | $16,200,000 |
| | 5% of revenue derived from revenue directly attributable to the toolbar extension | $21,000,000 |
| | **Total Potential Royalty** | $37,344,000 |

To set the royalty, we have searched for other cases involving patent owners enforcing claims against toolbar extensions.  The closest we could find was a case where Apple was enforcing U.S. Patent No. 6,493,002 "Method and Apparatus for Displaying and Accessing Control and Status Information in a Computer System") that covers control strips and toolbars found in personal computer operating systems.  Apple was demanding a royalty of $14,000,000.  The case settled, so we do not exactly what was paid, but clearly our request is for a small fraction of what Apple demanded when Apple was enforcing its toolbar related patent.

Apple has lost patent cases to VirnetX and was ordered to pay $1.20/device in royalties. The VirnetX damages have survived numerous appeals by Apple.  I used a per user calculation because Google provides the number of users on its website.  Many users will use Chrome, Edge, Safari, and FireFox and do so across a number of devices that they update every few years. Each browser installation on each device requires a license.  A user license might include dozens of installations and devices.  VirnetX argued for $1.20/device, such that converting its damage award from a per device royalty to a per user royalty would result in a far higher royalty than the $0.05/month/user royalty we have used to calculate your potential royalty.



As you evaluate this matter, I encourage you to seek the advice of an experienced patent attorney.  Once identified, I would be happy to speak with your attorney regarding any of the issues raised herein or any revisions to the license agreement.

Your attorney will be able to quickly confirm that MyMail's portfolio of patents has been litigated dozens of times against some of the largest corporations in the world.  Each of the patent attorneys representing those defendants had the opportunity to send us copies of prior art in various attempts to invalidate the patents cited above.  As you can see from the last to issue of the patents, 260 patent references and 1,240 non-patent references were cited during prosecution.  Patents from the portfolio have survived four inter partes review proceedings, 34 district court litigations, and two appeals to the Federal Circuit Court of Appeals.  Quite literally hundreds of patent attorneys have represented dozens of defendants and were unable to invalidate the patents over the years.  It seems like a remote possibility that a winning argument will be discovered today that was missed by the many attorneys evaluating the patents in the past.

If you choose to submit information regarding why you think your product does not infringe the patents, please identify with particularity each element of each claim that you believe is missing from your product.

We have endeavored to provide you with a full package of materials to evaluate and to facilitate a quick resolution.  We have included wiring instructions in the license agreement.  If you sign the license agreement and wire funds, this situation is resolved.  If you would like to discuss the license or any details, please feel free to call me.

Please respond by June 24, 2020 or we will assume that you are not interested in a business resolution.  The offer to license described above will terminate and we will turn our files over to litigation counsel.

Sincerely,
Brown & Michaels, PC

By: Christopher A. Michaels

Enclosure

# MUTUAL NON-DISCLOSURE AGREEMENT

This agreement is made and entered into effective June 12, 2020 between MyMail, LTD. (MyMail), a Texas limited partnership, having offices at 5344 County Road 3901, Athens, Texas 75752 and Ebates, Inc. d/b/a Rakuten (formerly known as Ebates) (Rakuten) a California corporation. MyMail and Rakuten are individually referred to herein as a "Party," and collectively as the "Parties." The agreement is intended as a mutual non-disclosure agreement and each party is expected to both disclose and receive information and are referred to as "Discloser" or "Receiver" depending on the whether they are disclosing or receiving specific information.

IN CONSIDERATION OF THE DISCLOSING OF CERTAIN INFORMATION by the parties to each other, the parties hereby agree as follows:

1) Discloser Information shall include all information regarding the business models, revenue models, concepts, scientific research, information databases, and all development and marketing plans, descriptions and representations of Discloser, their products and services, prototypes, and all data associated with the projects.

2) Any information, data and material disclosed verbally, in writing, or via access through the Internet, by either party relating to toolbar extension applications and methods of updating toolbars are covered by this agreement.

3) Receiver agrees to treat such Discloser information as proprietary of Discloser, and agrees to use a high degree of care in protecting Discloser information. This agreement relates to all information previously disclosed to the Receiver relating to this subject matter or disclosed after the signing of this agreement.

4) Receiver agrees not to disclose any proprietary information, make any claims of ownership to the proprietary information or inventions resulting from the Receiver's use of the information or prototype, or to compete in the manufacturing, marketing or sales of an e-commerce business with Discloser. Receiver agrees not to capture and/or store any Discloser information. These obligations of Receiver shall be effective for a period of two (2) years from the date Discloser last discloses any Discloser Information to Receiver.

5) Receiver shall hold the information to be disclosed and disclosed hereunder in confidence and shall use the same level of care to prevent the use or disclosure of the information as it exercises in protecting its own information of similar nature.

6) Receiver shall have no obligation of confidentiality with respect to any Confidential or Proprietary Information which and was already known to Receiver prior to acquisition from, or disclosure by Discloser; or is received without restriction as to disclosure by Discloser from a third party having the right to disclose it; or is approved for release by written authorization of Discloser; or is or becomes publicly known without fault of Receiver.

7) Receiver reserves the right to disclose the information to officers and employees of Receiver and to attorneys and consultants thereof, so long as those individuals agree to the obligations Receiver undertakes under this Agreement.

8) Nothing contained in this Agreement shall be construed, by implication or otherwise, as an obligation to enter into any further agreement relating to the information or as a grant of a license to Receiver, or its affiliated companies. Should Receiver desire to commercialize any aspect of the information, it will seek to reach a mutually satisfactory agreement with Discloser concerning such commercial use.

9) Receiver's confidentiality and non-use obligations under this Agreement shall not alter Receiver's obligation to honor valid patent rights and the copyrights of Discloser or future licensing agreements with respect to the subject matter, and furthermore, transmittal of information to Receiver, pursuant to this agreement, shall at no time be considered a publication, sale or offer to sell under the copyright or patent law.

10) Receiver and Discloser agree that the restrictions contained herein are reasonable. The parties also agree that if any part, term, or provision of this Agreement shall be found illegal or in conflict with any valid controlling law, the validity of the remaining provisions shall not be affected thereby.

11) This Agreement and matters connected with the performance or dispute thereof will be construed, interpreted, and governed in all respects in accordance with the lam; of the United States of America and the State of Texas, without reference to conflict or choice of laws principles. The Parties agree (a) that any disputes and litigation regarding this Agreement, its construction, and matters connected with its performance will be subject to the exclusive jurisdiction of the state of federal courts in Dallas, Texas, and that the Parties agree to submit any disputes, matters of interpretation, or enforcement actions arising with respect to the subject matter of this Agreement exclusively to such courts with preference to United States District Court for the Eastern District of Texas. To the extent the United States District Court for the Eastern District of Texas refuses to extend jurisdiction over said disputes and/or litigation, the Parties agree to file such matters in state court. The Parties hereby waive any challenge to the jurisdiction or venue of such court solely for purposes of resolving matters relating to this Agreement. Furthermore, the parties agree that due to the inadequacies of remedies at law related to the subject matter of this agreement, in the event of a real or threatened breach by an unauthorized use of distribution of information passed to Receiver under this Agreement, Discloser shall be entitled to a temporary restraining order and/or an temporary injunction and/or a permanent injunction restraining Receiver from such breach, whether continuing, or prospective, and such remedy shall be in addition to any other remedies Discloser may have at law.

12) This agreement shall be binding upon the parties hereto and their respective heirs, administrators, successors, assigns, representatives, agents and employees.

**MyMail**

Signed by: Robert Derby, Managing Member
MyMail Management, LLC (General Partner of MyMail, Ltd.)

Signature: _____

Date: _____

**Rakuten**

Signed by:

Signature: _____

Date: _____

LICENSE AGREEMENT
Rakuten & MyMail

This LICENSE AGREEMENT (this "Agreement") is made and entered into as of the date of the last signature set forth on the signature page below (the "Effective Date") by and between MyMail, LTD. (MyMail), a Texas limited partnership, having offices at 5344 County Road 3901, Athens, Texas 75752 and Ebates, Inc. d/b/a Rakuten (formerly known as Ebates) (Rakuten) a California corporation. MyMail and Rakuten are individually referred to herein as a "Party," and collectively as the "Parties."

INTRODUCTION

MyMail owns patents related to the automated modification of an end-user's toolbar in real time over a network.

Rakuten developed a software application that modifies a toolbar.

MyMail and Rakuten desire to enter into this Agreement providing for a license to the MyMail patents.

NOW, THEREFORE, in consideration of the above promises and mutual covenants hereinafter contained, the Parties agree as follows:

1. DEFINITIONS

1.1. As used in this Agreement, the terms below have the following meanings. Any such terms, unless the context otherwise requires, may be used in the singular, or the plural, or the present tense, or past tense or future tense, depending on the reference.

1.2. "Affiliate" means, with respect to a Party, any individual, trust, corporation, partnership, joint venture, limited liability company, association, unincorporated organization or other legal entity that is controlling, controlled by or is under common control with such Party. The term "Affiliate" does not include any investment fund, hedge fund; venture capital firm or similar type of third-party investor that controls a Party.

1.3. "Control" (including, with correlative meanings, "Controlled By" and "Controlling") shall exclusively mean, as to a particular Person, possession of the power to direct or cause the direction of management or policies of an entity through the ownership of voting securities, contract, or otherwise, With respect to a corporation, limited liability company, partnership, or other entity, Control will include direct or indirect ownership of at least fifty percent (50%) of the voting stock, limited liability company interest, partnership interest or other voting (or equivalent) interest in (or other power to direct the affairs of) any such corporation, limited liability company, partnership or other entity, provided that in any foreign jurisdiction that does not permit at least fifty percent (50%) ownership, the ownership requirement will be deemed satisfied by ownership of at least twenty percent (20%).

LICENSE AGREEMENT
Rakuten & MyMail

1.5. "Licensed Activities and Products" means any and all past, present or future systems, methods, processes, apparatuses, devices, products, software, or services which may fall within the scope of one or more claims of the Licensed Patents ever made, used, sold, offered for sale, or otherwise disposed of anywhere in the world or imported into any country in the world by Rakuten or Rakuten Affiliates.

1.6. "Licensed Patents" means the patents: US10228838B2, US9021070B2, US9141263B2, and US8275863B2.

## 2. LICENSE GRANT

2.1. Grant. MyMail hereby grants to Rakuten and its Affiliates a worldwide, non-exclusive, fully paid-up, perpetual, irrevocable, non-terminable, non-transferable and non-sublicensable license under the Licensed Patents to make, have made, use, import, export, distribute, sell, offer for sale, develop and advertise or otherwise dispose any Licensed Products from for all time prior to the Effective Date through the expiration date of the last to expire of the Licensed Patents.

2.2. No Other Rights. No rights or licenses are granted under any Patents except as expressly provided herein, whether by implication, estoppel, or otherwise. All rights under the Licensed Patents not expressly granted in this Agreement are reserved to and by MyMail. No right to grant covenants, rights, sublicenses or to become a foundry for Third Parties is granted under this Agreement. The Parties agree that the licenses, releases and covenants set forth in Section 3 expressly exclude any methods, systems, products, services and/or components of any Third Party. The Parties further agree that this Agreement does not cut off MyMail's rights to enjoin, control or extract royalties with respect to such Third Party methods, systems, products, services and/or components.

## 3. COVENANT NOT TO SUE

3.1. MyMail Covenant Not to Sue. MyMail and its Affiliates hereby covenant not to bring any legal action or administrative proceeding, by themselves or in connection with any other person (whether at law, in equity, or mixed), against Rakuten or any of its Affiliates for any claims related to the Licensed Patents.

3.2. Rakuten Covenant Not to Sue. Rakuten and its Affiliates hereby covenant not to bring any legal action or administrative proceeding, by themselves or in connection with any other Person (whether at law, in equity, or mixed), against MyMail or any of its Affiliates for any claims related to the Licensed Patents.

## 4. CONSIDERATION

4.1. License Fee. In full and complete consideration of the rights, privileges, immunities, releases, licenses, and covenants set forth in this Agreement, Rakuten will

LICENSE AGREEMENT
Rakuten & MyMail

make to MyMail a License Fee consisting of a one-time, lump-sum payment of the total of: $37,344,000.

4.2. Payment by Wire. Payment will be made by wire transfer in U.S. dollars and in immediately available funds to the following account:

| | |
|---|---|
| Bank: | Tompkins Trust Company |
| Bank Address: | 118 E Seneca St., Ithaca, NY  14850 |
| Account Name: | Brown & Michaels, PC IOLA Trust |
| Address: | 118 N Tioga St., Ithaca, NY  14850 |
| Wire Routing (ABA) | 021302648 |
| Account Number: | 0111196628 |

4.3. Taxes and Fees. The Parties agree that they shall bear their own costs and attorneys' fees relating to or arising from the negotiation of this Agreement. All taxes imposed as a result of the existence of this Agreement or the performance hereunder shall be paid by the Party required to do so by applicable law. For clarity, if Rakuten is required by a government agency having jurisdiction to deduct or withhold any tax from the Payment, Rakuten shall make such tax payment, and Rakuten shall deduct such tax payment from the Payment to MyMail. Rakuten shall promptly provide to MyMail the appropriate documentation calculating and evidencing such tax payment such that MyMail may credit, if such foreign tax credit is available, such tax payment against its U.S. Federal tax liability. Neither Party is or will be liable at any time for any of the other Party's taxes incurred in connection with or related to amounts paid beyond this Agreement.

## 5. REPRESENTATIONS AND WARRANTIES

5.1. Each Party represents and warrants that it has the full power and authority to enter into this Agreement, to carry out the terms and obligations set forth in this Agreement, that the individuals executing this Agreement have the authority to act for and bind each respective Party, and that there are no other Persons whose consent to this Agreement or whose joinder herein is necessary to make fully effective the provisions of this Agreement.

5.2. Sophisticated Parties. The Parties each acknowledge, accept, warrant and represent that they are sophisticated parties represented at all relevant times during the negotiation and execution of this Agreement by counsel of their choice, and that they have executed this Agreement with the consent and on the advice of such independent legal counsel, and they/and their counsel have determined through independent investigation and robust, arm's-length negotiation that the terms of this Agreement shall exclusively embody and govern the subject matter of this Agreement.

5.3 Accord and Satisfaction. Each Party represents and warrants that it has conferred with legal counsel and that this Agreement is a settlement of a contested

LICENSE AGREEMENT
Rakuten & MyMail

claim of infringement. Each Party is agreeing to resolve the claim through the full accord and satisfaction of this Agreement.  Both Parties waive any right to contest any matter underlying this Agreement except for the specific Representations and Warranties under this Article 5.

5.4. MyMail represents and warrants that:

5.4.1. it is the owner of all right, title and interest in and to the Licensed Patents and has all legal rights necessary to grant the licenses, releases, and covenants provided for in this Agreement; and

5.4.2. there are no liens, conveyances, assignments, encumbrances or other agreements or obligations which would prevent or impair the license granted by MyMail in this Agreement.

5.5. Rakuten represents and warrants that:

5.5.1. the information (if any) provided in Appendix A is accurate and certified by an officer of Rakuten;

5.5.2. if Rakuten has not provided a certification by an officer of Rakuten for information in Appendix A, the total number of average monthly users of the Licensed Products does not exceed: 4,500,000; and

5.5.3. if Rakuten has not provided a certification by an officer of Rakuten for information in Appendix A, the total gross revenue received by Rakuten from users for purchase of the application, in application purchases and advertising revenue related Licensed Products does not exceed: $420,000,000.

5.6. Nothing contained in this Agreement will be construed as:

5.6.1. a warranty or representation by any Party that any manufacture, development, sale, use or other disposition of products and services by any third party has been or will be free from infringement of any Patents;

5.6.2. an arrangement, or agreement, by any Party to bring or prosecute actions or suits against any third party for infringement, or conferring any right to bring or prosecute actions or suits against any third party for infringement;

5.6.3. conferring any right to use in advertising, publicity, or otherwise any trademark, trade name or name of any Party, or any contraction, abbreviation or simulation thereof, without the prior written consent of such Party;

5.6.4. an obligation to furnish any technical information or know-how;

LICENSE AGREEMENT
Rakuten & MyMail

5.6.5. any warranty or representation by either Party as to the validity, enforceability, or scope of any of the Licensed Patents;

5.6.6. any warranty of merchantability, non-infringement or fitness for any particular purpose or use for implementations of the Licensed Patents; or

5.6.7. any obligation on the part of Rakuten or any of its Affiliates or Supply Chain Entities to mark any service or product with any Licensed Patent number; or

5.6.8. conferring by implication, estoppel or otherwise, upon either Party, any right (including a license) under other patents except for the rights expressly granted hereunder.

## 6. TERM AND SURVIVAL

6.1.  Term. The term of this Agreement will commence upon the Effective Date and will continue until the expiration of the last-to-expire Licensed Patent.

6.2. Termination. If, and only if, Rakuten or any its Affiliate or any valid assignee of Rakuten (subject to the provisions of Article 7 below) breaches any section of this Agreement, and does not cure such breach within ten (10) days after written notice thereof from MyMail (such notice being required only if MyMail reasonably believes such breach is capable of being cured), the license and covenants granted by Article 2 and Article 3 of this Agreement may automatically terminate as to Rakuten after such ten (10) day period so long as the breach remains uncured (or at any time if MyMail reasonably determines such breach is not capable of being cured).

6.3. Survival. The license grants in Article 2, the representations and warranties in Article 5, the confidentiality and publicity provisions in Sections 8.3 and 8.4, and the notice provisions in Section 8.5. will survive the term specified in Section 6.1. and remain in full force and effect. In the event of termination pursuant to Section 6.2, the license and covenants granted Rakuten and its Affiliates hereunder shall terminate as of the date that such termination takes effect and the non-breaching party shall retain its remedies for such breach. The provisions of Sections 6.1., and 6.2. (only as applicable to the non-breaching party) will survive any termination of this Agreement.

## 7. ASSIGNMENT AND CHANGE OF CONTROL

7.1.  Assignment in Connection with Merger or Transfer of Assets. This Agreement is non-assignable, except that either Party may transfer or assign this Agreement or the applicable rights herein, without consent of the other Party, in connection with any merger, reorganization, consolidation, spin-off, divestiture, sale or other disposition of all or a portion of its or any of its Affiliates' operating assets that are covered by a Licensed Patent (a "Transaction"), however, such assignment will only apply to License Fee owed for Licensed Products sold by Rakuten under the license

LICENSE AGREEMENT
Rakuten & MyMail

granted in Article 2 and shall not cover any sales or activities of the acquiring entity or person.  In addition, the covenant not to sue is not assignable for any reason.

7.2. Notwithstanding anything to the contrary in this Agreement, in the event of a valid assignment or transfer under Section 7.1, (i) the acquiring person or entity to which such rights are assigned or transferred will not, by virtue of such assignment or transfer, be deemed to have obtained a release or waiver of any infringement of the Licensed Patents committed or engaged in by such acquiring person or entity before or after said assignment or transfer; (ii) nor will such acquiring person or entity be deemed to have obtained a license under the Licensed Patents to continue to make, sell, or offer for sale any of such acquiring entity or person's products or services other than the Licensed Products of Rakuten prior to the Transaction.

7.3. To the extent a Party survives after a Transaction, the sections referred to in Section 6.2 that survive termination of this Agreement will also survive and apply to that Party after the Transaction to the same extent they applied to that Party before the Transaction.

7.4. Any assignment or transfer in violation of Sections 7.1 or 7.2 will be null and void. Subject to the foregoing, this Agreement will be binding upon and inure to the benefit of the Parties and their permitted successors and assigns.

## 8. MISCELLANEOUS PROVISIONS

8.1. No Admissions. Nothing in this Agreement will be interpreted as an admission of the validity, invalidity, enforceability or unenforceability of any Licensed Patent, or as an admission of the direct or indirect infringement of any Licensed Patent, or as an admission of any issue relating to (or which could have been raised in) the Actions.

8.2. If any party for any reason challenges the validity or enforceability or alleged infringement of the Licensed Patents in the future, Rakuten agrees that regardless of the outcome of such challenge, the License Fees paid by Rakuten will not be refunded for any reason.

8.3. Confidentiality. This Agreement and its terms are confidential. From and after the Effective Date, no Party will disclose the existence or terms of this Agreement except:

8.3.1. with the prior written consent of the other Party;

8.3.2 either Party may disclose the terms of this Section 8.3 in order to support its denial of a third party's request for disclosure of, or information relating to, this Agreement, but only the minimum necessary to support the denial;

LICENSE AGREEMENT
Rakuten & MyMail

8.3.3 to any governmental body having jurisdiction and specifically requiring such disclosure, as, for example, to taxing, regulatory and enforcement authorities;

8.3.4 in response to a valid subpoena or as otherwise may be required by law and subject to protective order; provided, however, that any production under a protective order would be protected, to the extent the Court authorizes such a designation, under an "Outside Attorneys Eyes Only" or higher confidentiality designation that does not permit in-house representatives of any Party to see or be informed of the terms of this Agreement;

8.3.5. to satisfy disclosure requirements in connection with the Securities and Exchange Act of 1934, as amended, the Securities Act of 1933, as amended, and any other reports required to be filed with the Securities and Exchange Commission, or any other filings, reports or disclosures that may be required under applicable laws or regulations;

8.3.6 to a Party's accountants, legal counsel, shareholders, members, indemnitors, indemnitees, tax advisors and other financial and legal advisors, partners, accountants, legal counsel, members, limited partners, investors, tax advisors and other financial and legal advisors but only to the extent necessary and subject to obligations of confidentiality at least as stringent as those contained herein;

8.3.7 to a counterparty in connection with a proposed (1) merger or acquisition, (2) asset sale, (3) financing or similar transaction, or (4) license, sale, assignment or transfer of rights to the Licensed Patents, but only to the extent necessary and subject to obligations of confidentiality at least as stringent as those contained herein;

8.3.8 by either Party as it deems reasonably necessary to record the licenses granted hereunder in any governmental office; or

8.3.9 by either Party to its employees Affiliates; provided, however, that the Party making or seeking any disclosure will take commercially reasonable actions to minimize the nature and extent of such disclosure.

8.4. Publicity. Either Party may issue a press release or any other public announcement or statement regarding this Agreement to state that the Parties have entered a confidential license agreement along with a list of the Licensed Patents. Neither Party will issue a press release or any other announcement regarding this Agreement or the relationship contemplated herein with more information than the parties, the license, and the list of patents licensed, unless both parties provide prior consent in writing.

LICENSE AGREEMENT
Rakuten & MyMail

8.5. Notices. All notices required or permitted to be given hereunder will be in writing and will be sent by an overnight courier service with package tracking capabilities, by registered or certified airmail, postage prepaid, or by facsimile, to the other party at the address below or to such other address for which party will give notice hereunder. Such notices will be deemed to have been given when received by the addressee. Any Party may give written notice of a change of address, whereupon any notice or request will thereafter be given to such Party as above provided at such changed address.

**If to MyMail:**
Robert Derby
Managing Member
MyMail Management, LLC (General Partner of MyMail, Ltd.)
3131 Maple Street, Suite 1G
Dallas, TX 75201

Copy to:
Christopher Michaels
Brown & Michaels, PC
118 N. Tioga St.
Ithaca, NY 14850
Email: michaels@bpmlegal.com

**If to Rakuten:**
Amit Patel
CEO
Ebates, Inc. d/b/a Rakuten (formerly known as Ebates)
800 Concar Drive
5th Floor
San Mateo, California  94402
cashbackbutton@rakuten.com

Copy to:
_____
_____
_____
_____
_____

8.6. Governing Law. This Agreement and matters connected with the performance or dispute thereof will be construed, interpreted, and governed in all respects in accordance with the lam; of the United States of America and the State of Texas, without reference to conflict or choice of laws principles.

LICENSE AGREEMENT
Rakuten & MyMail

8.7. Jurisdiction. The Parties agree (a) that any disputes and litigation regarding this Agreement, its construction, and matters connected with its performance will be subject to the exclusive jurisdiction of the state of federal courts in Dallas, Texas, and that the Parties agree to submit any disputes, matters of interpretation, or enforcement actions arising with respect to the subject matter of this Agreement exclusively to such courts with preference to United States District Court for the Eastern District of Texas. To the extent the United States District Court for the Eastern District of Texas refuses to extend jurisdiction over said disputes and/or litigation, the Parties agree to file such matters in state court. The Parties hereby waive any challenge to the jurisdiction or venue of such court solely for purposes of resolving matters relating to this Agreement.

8.8. Bankruptcy. Each Party acknowledges that all rights and licenses granted by it wider or pursuant to this Agreement are, and will otherwise be deemed to be, for purposes of Section 365(n) of the United States Bankruptcy Code (the "Bankruptcy Code"), licenses of rights to "intellectual property" as defined under Section 101(35A) of the Bankruptcy Code.

8.8.1 Each Party acknowledges that if a Party, as a debtor in possession or a trustee-in-bankruptcy in a case under the Bankruptcy Code, rejects this Agreement, the other Parties may elect to retain their rights under this Agreement as provided in Section 365(n) of the Bankruptcy Code.

8.8.2. Each Party irrevocably waives all arguments and defenses arising under 11 U.S.C. § 365(c)(1) or successor provisions to the effect that applicable law excuses the Party, other than the debtor, from accepting performance from or rendering performance to an entity other than the debtor or debtor in possession as a basis for opposing assumption or assignment of the Agreements by the other Party in a case under Chapter 11 of the Bankruptcy Code to the extent that such consent is required under 11 U.S.C. § 365(c)(1) or any successor statute. For the avoidance of doubt, any assumption, assignment, or other change of control resulting from any such bankruptcy proceeding will remain subject to Article VIII above.

8.9. Severability. If any provision of this Agreement is held to be illegal or unenforceable, such provision will be limited or eliminated to the minimum extent necessary so that the remainder of this Agreement will continue in full force and effect and be enforceable, and the validity, legality and enforceability of the remaining provisions will not in any way be affected or impaired thereby. The Parties agree to negotiate in good faith an enforceable substitute provision for any invalid or unenforceable provision that most nearly achieves the intent of such provision.

8.10. Entire Agreement. This Agreement embodies the entire understanding of the Parties with respect to the subject matter hereof, and merges all prior discussions among them, and none of the Parties will be bound by any conditions, definitions,

LICENSE AGREEMENT
Rakuten & MyMail

warranties, understandings, or representations with respect to the subject matter hereof other than as expressly provided herein.

8.11. Modification: No modification or amendment to this Agreement, nor any waiver of any right, will be effective unless assented to in writing by the Party to be charged, and the waiver of any breach or default will not constitute a waiver of any other right hereunder or any subsequent breach or default.

8.12. Construction. The following rules will be applied in the construction of provisions of this Agreement:

8.12.1. Any rule of construction to the effect that ambiguities are to be resolved against the drafting Party will not be applied in the construction or interpretation of this Agreement.

8.12.2. Neither the history of negotiations between the Parties, nor the fact that provisions of this Agreement (or portions thereof) have been inserted, deleted or modified in the course of preparing Agreement drafts, will be used to construe the meaning of any provision.

8.12.3. Descriptive headings and titles used in this Agreement are inserted for convenience of reference only and do not constitute a part of and will not be utilized in interpreting this Agreement.

8.12.4. As used herein, all references to: (a) "infringe" (including, with correlative meanings, "infringement," "infringed," and the like) includes direct and indirect infringement (e.g., contributory or inducing infringement); (b) "product" or "service" includes any component therein or thereof; and (c) "sell" (including, with correlative meanings, "sale," "sold," "resell" and the like) with respect to a product or service includes sale, lease, license, distribution, disposition and other providing of the product or service.

8.12.5. As used in this Agreement, (a) neutral pronouns and any derivations thereof will be deemed to include the feminine and masculine and all terms used in the singular will be deemed to include the plural and vice versa, as the context may require; (b) the words "hereof," "herein," "hereunder" and other words of similar import refer to this Agreement as a whole, including all exhibits and schedules as the same may be amended or supplemented from time to time, and not to any subdivision of this Agreement; (c) the word "including" or any variation thereof means "including, without limitation" and will not be construed to limit any general statement that it follows to the specific or similar items or matters immediately following it; and ( d) the word "or" will be interpreted in its inclusive sense unless there is an express limitation to the contrary, such that, for example, absent such express limitation, a provision of the form "A or B" will be satisfied by "A" alone, "B" alone, or "A and B" together.

LICENSE AGREEMENT
Rakuten & MyMail

8.12.6. This Agreement is in the English language only, which language shall be controlling in all respects, and all notices under this Agreement shall be in the English language.

8.13. Counterparts. This Agreement may be executed in counterparts or duplicate originals, all of which will be regarded as one and the same instrument, and which will be the official and governing version in the interpretation of this Agreement. This Agreement may be executed by facsimile signatures and such signatures will be deemed to bind each Party as if they were original signatures.

8.14. Duty to Effectuate. The Parties agree to perform any lawful additional acts, including the execution of additional agreements, as are reasonably necessary to effectuate the purpose of this Agreement.

IN WITNESS WHEREOF, the Parties hereto have caused this Agreement to be signed below by their respective duly authorized officers.

**MyMail, Ltd.**
**By: MyMail Management, LLC. (MyMail, Ltd.'s general partner)**

**By:** _____
**Name: Robert Derby**
**Title:  Managing Member**
**Date:** _____

**Ebates, Inc. d/b/a Rakuten (formerly known as Ebates)**

**By:** _____
**Name:** _____
**Title:** _____
**Date:** _____

LICENSE AGREEMENT
Rakuten & MyMail

**APPENDIX A**

The undersigned certifies that the installed users and revenue information provided below are true and accurate to the best of my knowledge under the penalty of perjury.

Signature: _____
Name: _____
Title: _____
Date: _____

| Month Ending | Installed Users | Revenue Related to Licensed Products |
|---|---|---|
| 1/13/2014 | | |
| 2/13/2014 | | |
| 3/13/2014 | | |
| 4/13/2014 | | |
| 5/13/2014 | | |
| 6/13/2014 | | |
| 7/13/2014 | | |
| 8/13/2014 | | |
| 9/13/2014 | | |
| 10/13/2014 | | |
| 11/13/2014 | | |
| 12/13/2014 | | |
| 1/13/2015 | | |
| 2/13/2015 | | |
| 3/13/2015 | | |
| 4/13/2015 | | |
| 5/13/2015 | | |
| 6/13/2015 | | |
| 7/13/2015 | | |
| 8/13/2015 | | |
| 9/13/2015 | | |
| 10/13/2015 | | |
| 11/13/2015 | | |
| 12/13/2015 | | |
| 1/13/2016 | | |
| 2/13/2016 | | |
| 3/13/2016 | | |
| 4/13/2016 | | |
| 5/13/2016 | | |
| 6/13/2016 | | |
| 7/13/2016 | | |
| 8/13/2016 | | |
| 9/13/2016 | | |
| 10/13/2016 | | |
| 11/13/2016 | | |
| 12/13/2016 | | |
| 1/13/2017 | | |
| 2/13/2017 | | |
| 3/13/2017 | | |
| 4/13/2017 | | |
| 5/13/2017 | | |
| 6/13/2017 | | |

| Month Ending | Installed Users | Revenue Related to Licensed Products |
|---|---|---|
| 7/13/2017 | | |
| 8/13/2017 | | |
| 9/13/2017 | | |
| 10/13/2017 | | |
| 11/13/2017 | | |
| 12/13/2017 | | |
| 1/13/2018 | | |
| 2/13/2018 | | |
| 3/13/2018 | | |
| 4/13/2018 | | |
| 5/13/2018 | | |
| 6/13/2018 | | |
| 7/13/2018 | | |
| 8/13/2018 | | |
| 9/13/2018 | | |
| 10/13/2018 | | |
| 11/13/2018 | | |
| 12/13/2018 | | |
| 1/13/2019 | | |
| 2/13/2019 | | |
| 3/13/2019 | | |
| 4/13/2019 | | |
| 5/13/2019 | | |
| 6/13/2019 | | |
| 7/13/2019 | | |
| 8/13/2019 | | |
| 9/13/2019 | | |
| 10/13/2019 | | |
| 11/13/2019 | | |
| 12/13/2019 | | |
| 1/13/2020 | | |
| 2/13/2020 | | |
| 3/13/2020 | | |
| 4/13/2020 | | |
| 5/13/2020 | | |

# Analysis of Rakuten: Get Cash Back For Shopping Chrome Extension

## Patents Evaluated

US 10228838B2
US 9021070B2
US 9141263B2
US 8275863B2

## Product Evaluated:
## Rakuten: Get Cash Back For Shopping Chrome Extension

https://chrome.google.com/webstore/detail/_/chhjbpecpncaggjpdakmflnfcopglcmi

## Developer:
## Ebates, Inc. d/b/a Rakuten (formerly known as Ebates)

# Analysis of Rakuten: Get Cash Back For Shopping Chrome Extension
## Executive Summary

### General Description of the Rakuten: Get Cash Back For Shopping Chrome Extension

The toolbar patents at issue claim methods of updating a toolbar. Specifically, a button on a toolbar is updated with new information by communicating with a remote server. In this case, the chrome extension modifies the appearance of a button on the toolbar by changing the appearance of the button and by modifying the badge text.

The Chrome Extension is defined by a series of files starting with the manifest.json file. The code for the manifest.json and the list of files that are initialing included with the Rakuten: Get Cash Back For Shopping extension application are included in the attached Appendix.

The manifest.json file specifies the website for receiving updates as: https://clients2.google.com/service/update2/crx. The revision level of the extension that we review was specified in the manifest.json file as version 4.39.1. The extension application routinely checks that its stored revision level matches that on the update server. An application developer can update the extension application for all users simply by uploading new files and specifying a new version number in the manifest.json file. The extension application is then updated as users open their browsers without any user intervention or action needed.

A chrome extension is connected to the browser and runs in the background as soon as the browser is loaded. The Rakuten: Get Cash Back For Shopping extension script defines a default icon to be installed on the browser toolbar and remains as long as the browser is open. The computer program defined by the Rakuten: Get Cash Back For Shopping extension script changes the appearance of the button in response to data received from

a remote server. Specifically, the manifest.json file defined the default icon for the button as found in the file img/icon/icon-32.png shown below:



After the toolbar is updated with data from the remote server, the button appearance is updated by specific code in the Rakuten: Get Cash Back For Shopping extension script file called bg/bundle.js. In this case, the browserAction instruction changes the icon's appearance as shown in the snippet of a screen shot shown below:



The application developer can specify and action to be taken when the user clicks the button on the toolbar. In the Rakuten: Get Cash Back For Shopping extension application the file that specifies the action to be taken on the popup is .

The instructions for connecting to the remote server are found in the file named bg/bundle.js. The script calls for the date to be retrieved and parsed from the json format. The manifest.json file specifies that the extension is authorized to use the Google Chrome storage database. The information sharing is bidirectional and information is sent from the The manifest.json for the Rakuten: Get Cash Back For Shopping extension application specifies he web resources that may be accessed by the extension scripts and the remote server.

# Analysis of Rakuten: Get Cash Back For Shopping Chrome Extension Toolbar Patent Claim Chart

| US10228838B2 | | Rakuten: Get Cash Back For Shopping Chrome Extension |
|---|---|---|
| **Assignee:** | MYMAIL LTD  [US] | |
| **Title:** | Dynamically modifying a toolbar | |
| **Filing Date:** | 2014-08-22 | |
| **Publication Date:** | 2019-03-12 | |
| **Inventor:** | SELGAS THOMAS DRENNAN  [US] | |
| **Earliest Priority:** | 1997-06-19 | |
| **Expiration:** | Patent Expired May 13, 2020 | |

| 5 | Claim Text | Rakuten: Get Cash Back For Shopping Chrome Extension |
|---|---|---|
| | A method for dynamically modifying a toolbar using a remote source accessible through a network, wherein the toolbar is displayable on a user Internet device and includes one or more toolbar buttons that are defined by toolbar data stored in one or more toolbar-defining databases of the user Internet device, the toolbar data includes a plurality of toolbar button attributes associated with the one or more toolbar buttons of the toolbar, wherein at least one of the plurality of toolbar button attributes identifies a function to be performed by a specific toolbar button, the method comprising: | Installed toolbar from Google Chrome extension uses "browser actions to put icons the main Google Chrome toolbar, to the right of the address bar."  Extensions must have an icon that sits in the browser toolbar. Toolbar icons allow easy access and keep users aware of which extensions are installed. Most users interact with an extensions that uses a pop-up by clicking on the icon. "The browser action icons in Chrome are 16 dips (device-independent pixels) wide and high. Larger icons are resized to fit, but for best results, use a 16-dip square icon." (https://developer.chrome.com/extensions/browserAction).  The default icon for the Rakuten: Get Cash Back For Shopping Chrome extension is defined in the manifest.json file as the image in the file named img/icon/icon-32.png. which is the following image:  After the toolbar is updated with data from the remote server, the button appearance is updated by specific code in the Rakuten: Get Cash Back For Shopping extension script file called bg/bundle.js.  In this case, the browserAction instruction changes the icon's appearance as shown in the snippet of a screen shot shown below:  The application developer can specify and action to be taken when the user clicks the button on the toolbar.  In the Rakuten: Get Cash Back For Shopping extension application the file that specifies the action to be taken on the popup is  and identifies the functions performed when the button is clicked by the user, specifically, displaying the information associated with the badge text. The manifest.json file specifies that the extension is authorized to use the Google Chrome storage database. The information sharing is bidirectional and information is sent from the remote server.  The manifest.json for the Rakuten: Get Cash Back For Shopping extension application specifies that the web resources identified in the Appendix can be accessed by the extension scripts and the remote server. |
| | establishing a connection with a user Internet device, the connection initiated by the user Internet device; | The extension sends a request to a remote server when a new page is loaded or the extension icon is clicked. The request contains information about the currently visited page and the user's ID. The instructions for connecting to the remote server are found in the file named bg/bundle.js and the section of code is provided in the Appendix. |

## Analysis of Rakuten: Get Cash Back For Shopping Chrome Extension Toolbar Patent Claim Chart

| | |
|---|---|
| receiving, at the remote source, information associated with the toolbar data stored in the one or more toolbar-defining databases of the user Internet device; | The extension sends a request to a remote server when a new page is loaded or the extension icon is clicked. The request contains information about the currently visited page and the user's ID.  The extension sends a request to a remote server when a new page is loaded or the extension icon is clicked. The request contains information about the currently visited page and the user's ID. If the website that is being visited is eligible for cashback bonuses according to the server's response, the extension's icon is updated.  The instructions for connecting to the remote server are found in the file named bg/bundle.js and the section of code is provided in the Appendix. |
| determining, based on the information associated with the toolbar data stored in the one or more toolbar-defining databases of the user Internet device, that the user Internet device should receive updated toolbar data; | The cited function determines if the extension's icon should be in a neutral, activated, or suppressed state. If the website that is being visited is eligible for cashback bonuses the extension's icon is updated to a state that is not "neutral". This happens as a result of a request to a remote server. The specific code that makes this determination is in the Rakuten: Get Cash Back For Shopping extension script file called bg/bundle.js and is provided in the Appendix. |
| sending, from the remote source via the network to the user Internet device, the updated toolbar data to be stored in the one or more toolbar-defining databases of the user Internet device, wherein the toolbar of the user Internet device is configured to receive the updated toolbar data, and to perform an operation that includes at least one member of a group comprising (a) and (b): | The extension sends a request to a remote server when a new page is loaded or the extension icon is clicked. The request contains information about the currently visited page and the user's ID. If the website that is being visited is eligible for cashback bonuses according to the server's response, the extension's icon is updated.  The instructions for connecting to the remote server are found in the file named bg/bundle.js and the section of code is provided in the Appendix. |
| (a)   updating the toolbar data to include at least one new attribute of the toolbar data to change the toolbar by adding a toolbar button to the toolbar; and<br>(b)   updating the toolbar data to modify an attribute of at least one of the one or more toolbar buttons of the toolbar, wherein the information associated with the toolbar data includes ID, account owner ID, PAP ID, IP address, session keys, billing data, data about a user; and | The updated toolbar shows a change after updating by use of a badge. A badge is a bit of text that is layered over the icon.  Badges make it easy to update the browser action to display a small amount of information about the state of the extension.  The text and color of the badge is set using browserAction.setBadgeText and browserAction.setBadgeBackgroundColor, respectively. (https://developer.chrome.com/extensions/browserAction)"<br><br>The java script file that includes the action that updates the toolbar is called bg/bundle.js.  The lines of code that update the button on the toolbar are included in the appendix. In this case, the browserAction instruction changes the icon's appearance as shown in the snippet of a screen shot shown below: |
| storing the data about the user in one or more network-accessible databases separate from the user Internet device; | The extension sends a request to a remote server when a new page is loaded or the extension icon is clicked. The request contains information about the currently visited page and the user's ID. It also contains a session identifier if the user has activated the cashback option. This session identifier is used to award the user with cashback bonuses and also for tracking the user's purchases. The data about the user is sent to the external domain b.a.LOG. One example of the code for a post to a remote server including the user token is provided in the Appendix. |
| causing, by the remote source in response to the sending, a client dispatch application of the user Internet device to execute a script, wherein the executing the script causes the toolbar button to instantiate a connection to a further remote source comprising a web page; | The cited code is an event listener which captures the user's clicks in the popup page. If the user clicks on any of the various elements of the popup page which redirect to an external webpage a new tab is opened loading said webpage. The file with the code is called commons/bundle.js and the relevant lines of code are provided in the Appendix. |

## Analysis of Rakuten: Get Cash Back For Shopping Chrome Extension Toolbar Patent Claim Chart

| | | |
|---|---|---|
| | receiving, from the client dispatch application and by the remote source, tracking data representative of a user interaction history with the toolbar, in response to the instantiating the connection to the further remote source. | The extension sends a request to a remote server when a new page is loaded or the extension icon is clicked. The request contains information about the currently visited page and the user's ID. It also contains a session identifier if the user has activated the cashback option. |

# Analysis of Rakuten: Get Cash Back For Shopping Chrome Extension Toolbar Patent Claim Chart

| US9021070B2 | 2 | Rakuten: Get Cash Back For Shopping Chrome Extension |
|---|---|---|
| Assignee: | MYMAIL LTD  [US] | |
| Title: | Dynamically modifying a toolbar | |
| Filing Date: | 2013-06-20 | |
| Publication Date: | 2015-04-28 | |
| Inventor: | SELGAS THOMAS DRENNAN  [US] | |
| Earliest Priority: | 1997-06-19 | |
| Expiration: | Patent Expired June 19, 2018 | |

| 1 | Claim Text | Rakuten: Get Cash Back For Shopping Chrome Extension |
|---|---|---|
| | A method for dynamically modifying a toolbar, the method comprising: | Installed toolbar from Google Chrome extension uses "browser actions to put icons the main Google Chrome toolbar, to the right of the address bar." |
| | displaying the toolbar, at a user Internet device, that includes one or more toolbar buttons, the toolbar defined by toolbar data stored in one or more toolbar-defining databases, the toolbar data comprising a plurality of toolbar button attributes associated with the one or more toolbar buttons of the toolbar, wherein at least one of the plurality of toolbar button attributes identifies a function to be performed by a specific toolbar button upon actuation of the specific toolbar button; | Extensions must have an icon that sits in the browser toolbar. Toolbar icons allow easy access and keep users aware of which extensions are installed. Most users interact with an extensions that uses a pop-up by clicking on the icon. "The browser action icons in Chrome are 16 dips (device-independent pixels) wide and high. Larger icons are resized to fit, but for best results, use a 16-dip square icon." (https://developer.chrome.com/extensions/browserAction).  The default icon for the Rakuten: Get Cash Back For Shopping Chrome extension is defined in the manifest.json file as the image in the file named img/icon/icon-32.png. which is the following image:<br><br><br><br>After the toolbar is updated with data from the remote server, the button appearance is updated by specific code in the Rakuten: Get Cash Back For Shopping extension script file called bg/bundle.js.  In this case, the browserAction instruction changes the icon's appearance as shown in the snippet of a screen shot shown below:<br><br><br><br>The application developer can specify and action to be taken when the user clicks the button on the toolbar.  In the Rakuten: Get Cash Back For Shopping extension application the file that specifies the action to be taken on the popup is  and identifies the functions performed when the button is clicked by the user, specifically, displaying the information associated with the badge text.<br><br>The manifest.json file specifies that the extension is authorized to use the Google Chrome storage database.<br><br>The information sharing is bidirectional and information is sent from the remote server.  The manifest.json for the Rakuten: Get Cash Back For Shopping extension application specifies that the web resources identified in the Appendix can be accessed by the extension scripts and the remote server. |

# Analysis of Rakuten: Get Cash Back For Shopping Chrome Extension Toolbar Patent Claim Chart

| | |
|---|---|
| invoking, from the user Internet device without user intervention, communication of information associated with the one or more toolbar-defining databases to a server associated with a network address; | The extension sends a request to a remote server when a new page is loaded or the extension icon is clicked. The request contains information about the currently visited page and the user's ID. The instructions for connecting to the remote server are found in the file named bg/bundle.js and the section of code is provided in the Appendix.<br><br>The extension script defines a default icon to be installed on the browser toolbar and remains as long as the browser is open.  The computer program defined by the extension script changes the appearance of the button in response to data received from a remote server.  The extension runs in the background and updates, responds to content of webpages, and modifies its icon and badge without user interaction |
| receiving, at the server, the information associated with the one or more toolbar-defining databases; | The extension sends a request to a remote server when a new page is loaded or the extension icon is clicked. The request contains information about the currently visited page and the user's ID.  The extension sends a request to a remote server when a new page is loaded or the extension icon is clicked. The request contains information about the currently visited page and the user's ID. If the website that is being visited is eligible for cashback bonuses according to the server's response, the extension's icon is updated.  The instructions for connecting to the remote server are found in the file named bg/bundle.js and the section of code is provided in the Appendix. |
| determining, based on the information associated with the one or more toolbar-defining databases, that the user Internet device should receive updated toolbar data; | The cited function determines if the extension's icon should be in a neutral, activated, or suppressed state. If the website that is being visited is eligible for cashback bonuses the extension's icon is updated to a state that is not "neutral". This happens as a result of a request to a remote server. The specific code that makes this determination is in the Rakuten: Get Cash Back For Shopping extension script file called bg/bundle.js and is provided in the Appendix. |
| receiving, at the user Internet device, the updated toolbar data in response to determining that the user Internet device should receive the updated toolbar data; | The extension sends a request to a remote server when a new page is loaded or the extension icon is clicked. The request contains information about the currently visited page and the user's ID.  The extension sends a request to a remote server when a new page is loaded or the extension icon is clicked. The request contains information about the currently visited page and the user's ID. If the website that is being visited is eligible for cashback bonuses according to the server's response, the extension's icon is updated.  The instructions for connecting to the remote server are found in the file named bg/bundle.js and the section of code is provided in the Appendix. |
| initiating, at the user Internet device and without user interaction, an operation to update the toolbar data in accordance with the received updated toolbar data; | The extension sends a request to a remote server when a new page is loaded or the extension icon is clicked. The request contains information about the currently visited page and the user's ID. If the website that is being visited is eligible for cashback bonuses according to the server's response, the extension's icon is updated.  The instructions for connecting to the remote server are found in the file named bg/bundle.js and the section of code is provided in the Appendix. The cited function determines if the extension's icon should be in a neutral, activated, or suppressed state. If the website that is being visited is eligible for cashback bonuses the extension's icon is updated to a state that is not "neutral". This happens as a result of a request to a remote server. |
| updating the toolbar data at the user Internet device based on the operation and in accordance with the updated toolbar data, thereby updating the toolbar data, the updating comprising at least one member of a group comprising (a) and (b):<br>(a)   updating the toolbar data to include at least one new attribute of the toolbar data to change the toolbar by adding a toolbar button to the toolbar; and<br>(b)   updating the toolbar data to modify an attribute of at least one of the one or more toolbar buttons of the toolbar; and | The updated toolbar shows a change after updating by use of a badge. A badge is a bit of text that is layered over the icon.  Badges make it easy to update the browser action to display a small amount of information about the state of the extension.  The text and color of the badge is set using browserAction.setBadgeText and browserAction.setBadgeBackgroundColor, respectively. (https://developer.chrome.com/extensions/browserAction)"<br><br>The java script file that includes the action that updates the toolbar is called bg/bundle.js.  The lines of code that update the button on the toolbar are included in the appendix. In this case, the browserAction instruction changes the icon's appearance as shown in the snippet of a screen shot shown below:<br><br> |

# Analysis of Rakuten: Get Cash Back For Shopping Chrome Extension Toolbar Patent Claim Chart

| | |
|---|---|
| displaying at the user Internet device the toolbar as defined by the updated toolbar data, wherein the information associated with the toolbar data includes at least one member of a group comprising a revision level, version, time, date, user ID, account owner ID, PAP ID, IP address, session keys, billing data, name, address, account information, connection history, procedures performed by a user, group ID, e-mail address, e-mail ID, e-mail password, residential address, and phone number. | The data in the manifest.json file requires only three fields: manifest version, name, & version of the extension.  Every Chrome extension includes this information and such information is used to determine whether to update the extension. (https://developer.chrome.com/extensions/hosting)  In addition, the external location for the update is specified in the manifest.json file as https://clients2.google.com/service/update2/crx.  The revision lever, or version, of the Rakuten: Get Cash Back For Shopping Chrome Extension evaluated is listed in the manifest.json file as version 4.39.1.. <br><br> The extension sends a request to a remote server when a new page is loaded or the extension icon is clicked. The request contains information about the currently visited page and the user's ID. <br><br> The cited function determines if the extension's icon should be in a neutral, activated, or suppressed state. If the website that is being visited is eligible for cashback bonuses the extension's icon is updated to a state that is not "neutral". This happens as a result of a request to a remote server. <br><br> The extension sends a request to a remote server when a new page is loaded or the extension icon is clicked. The request contains information about the currently visited page and the user's ID. If the website that is being visited is eligible for cashback bonuses according to the server's response, the extension's icon is updated.  The instructions for connecting to the remote server are found in the file named bg/bundle.js and the section of code is provided in the Appendix. <br><br> The cited function determines if the extension's icon should be in a neutral, activated, or suppressed state. If the website that is being visited is eligible for cashback bonuses the extension's icon is updated to a state that is not "neutral". This happens as a result of a request to a remote server. <br><br> The toolbar data includes at least one member of the group and the toobar displays information to the user in response to such data. |
| **5**   **Claim Text** | **Rakuten: Get Cash Back For Shopping Chrome Extension** |
| One or more computer-readable memory embodied with computer-executable instructions that, when executed by one or more processors, perform a method for dynamically modifying a toolbar, the method comprising: | The manifest.json file specifies that the extension is authorized to use the Google Chrome storage database.  Each extension downloads a number of computer-readable files into memory.  A list of the files for the Rakuten: Get Cash Back For Shopping Chrome Extension is included in the Appendix. <br><br> Installed toolbar from Google Chrome extension uses "browser actions to put icons the main Google Chrome toolbar, to the right of the address bar." |

# Analysis of Rakuten: Get Cash Back For Shopping Chrome Extension Toolbar Patent Claim Chart

| | |
|---|---|
| displaying a toolbar, at a user Internet device, that includes one or more toolbar buttons, the toolbar defined by toolbar data stored in one or more toolbar-defining databases, the toolbar data comprising a plurality of toolbar button attributes associated with the one or more toolbar buttons of the toolbar, wherein at least one of the plurality of toolbar button attributes identifies a function to be performed by a specific toolbar button upon actuation of the specific toolbar button; | Extensions must have an icon that sits in the browser toolbar. Toolbar icons allow easy access and keep users aware of which extensions are installed. Most users interact with an extensions that uses a pop-up by clicking on the icon. "The browser action icons in Chrome are 16 dips (device-independent pixels) wide and high. Larger icons are resized to fit, but for best results, use a 16-dip square icon." (https://developer.chrome.com/extensions/browserAction).  The default icon for the Rakuten: Get Cash Back For Shopping Chrome extension is defined in the manifest.json file as the image in the file named img/icon/icon-32.png. which is the following image:<br><br>After the toolbar is updated with data from the remote server, the button appearance is updated by specific code in the Rakuten: Get Cash Back For Shopping extension script file called bg/bundle.js.  In this case, the browserAction instruction changes the icon's appearance as shown in the snippet of a screen shot shown below:<br><br>The application developer can specify and action to be taken when the user clicks the button on the toolbar.  In the Rakuten: Get Cash Back For Shopping extension application the file that specifies the action to be taken on the popup is  and identifies the functions performed when the button is clicked by the user, specifically, displaying the information associated with the badge text.<br><br>The information sharing is bidirectional and information is sent from the remote server.  The manifest.json for the Rakuten: Get Cash Back For Shopping extension application specifies that the web resources identified in the Appendix can be accessed by the extension scripts and the remote server. |
| invoking, at the user Internet device and without user interaction, communication of information associated with the one or more toolbar-defining database to a server associated with a network address; | The extension sends a request to a remote server when a new page is loaded or the extension icon is clicked. The request contains information about the currently visited page and the user's ID. The instructions for connecting to the remote server are found in the file named bg/bundle.js and the section of code is provided in the Appendix.<br><br>The extension script defines a default icon to be installed on the browser toolbar and remains as long as the browser is open.  The computer program defined by the extension script changes the appearance of the button in response to data received from a remote server.  The extension runs in the background and updates, communication of webpages, and modifies its icon and badge without user interaction |
| receiving the information associated with the one or more toolbar-defining databases at the server; | The extension sends a request to a remote server when a new page is loaded or the extension icon is clicked. The request contains information about the currently visited page and the user's ID.  The extension sends a request to a remote server when a new page is loaded or the extension icon is clicked. The request contains information about the currently visited page and the user's ID. If the website that is being visited is eligible for cashback bonuses according to the server's response, the extension's icon is updated.  The instructions for connecting to the remote server are found in the file named bg/bundle.js and the section of code is provided in the Appendix. |
| determining at the user Internet device, based on the information associated with the one or more toolbar-defining databases, that the user Internet device should receive updated toolbar data; | The cited function determines if the extension's icon should be in a neutral, activated, or suppressed state. If the website that is being visited is eligible for cashback bonuses the extension's icon is updated to a state that is not "neutral". This happens as a result of a request to a remote server. The specific code that makes this determination is in the Rakuten: Get Cash Back For Shopping extension script file called bg/bundle.js and is provided in the Appendix. |
| receiving, at the user Internet device, the updated toolbar data; | The extension sends a request to a remote server when a new page is loaded or the extension icon is clicked. The request contains information about the currently visited page and the user's ID.  The extension sends a request to a remote server when a new page is loaded or the extension icon is clicked. The request contains information about the currently visited page and the user's ID. If the website that is being visited is eligible for cashback bonuses according to the server's response, the extension's icon is updated.  The instructions for connecting to the remote server are found in the file named bg/bundle.js and the section of code is provided in the Appendix. |

## Analysis of Rakuten: Get Cash Back For Shopping Chrome Extension
## Toolbar Patent Claim Chart

| | |
|---|---|
| initiating, at the user Internet device and without user interaction, an operation to update the toolbar data in accordance with the received updated toolbar data; | The extension sends a request to a remote server when a new page is loaded or the extension icon is clicked. The request contains information about the currently visited page and the user's ID. If the website that is being visited is eligible for cashback bonuses according to the server's response, the extension's icon is updated.  The instructions for connecting to the remote server are found in the file named bg/bundle.js and the section of code is provided in the Appendix.  The cited function determines if the extension's icon should be in a neutral, activated, or suppressed state. If the website that is being visited is eligible for cashback bonuses the extension's icon is updated to a state that is not "neutral". This happens as a result of a request to a remote server.<br><br>The  extension script defines a default icon to be installed on the browser toolbar and remains as long as the browser is open.  The computer program defined by the  extension script changes the appearance of the button in response to data received from a remote server.  The extension runs in the background and updates, responds to content of webpages, and modifies its icon and badge without user interaction |
| updating the toolbar data at the user Internet device based on the operation and in accordance with the updated toolbar data, thereby updating the toolbar data, the updating comprising at least one member of a group comprising (a) and (b):<br>(a)  updating the toolbar data to include at least one new attribute of the toolbar data to change the toolbar by adding a toolbar button to the toolbar; and<br>(b)  updating the toolbar data to modify an attribute of at least one of the one or more toolbar buttons of the toolbar; and | The updated toolbar shows a change after updating by use of a badge. A badge is a bit of text that is layered over the icon.  Badges make it easy to update the browser action to display a small amount of information about the state of the extension.  The text and color of the badge is set using browserAction.setBadgeText and browserAction.setBadgeBackgroundColor, respectively. (https://developer.chrome.com/extensions/browserAction)"<br><br>The java script file that includes the action that updates the toolbar is called bg/bundle.js.  The lines of code that update the button on the toolbar are included in the appendix. In this case, the browserAction instruction changes the icon's appearance as shown in the snippet of a screen shot shown below:<br><br> |
| displaying at the user Internet device the toolbar as defined by the updated toolbar data; wherein the information associated with the toolbar data includes at least one member of a group comprising a revision level, version, time, date, user ID, account owner ID, PAP ID, IP address, session keys, billing data, name, address, account information, data about a user, connection history, procedures performed by a user, group ID, e-mail address, e-mail ID, e-mail password, residential address, and phone number. | The extension sends a request to a remote server when a new page is loaded or the extension icon is clicked. The request contains information about the currently visited page and the user's ID.<br><br>The cited function determines if the extension's icon should be in a neutral, activated, or suppressed state. If the website that is being visited is eligible for cashback bonuses the extension's icon is updated to a state that is not "neutral". This happens as a result of a request to a remote server.<br><br>The extension sends a request to a remote server when a new page is loaded or the extension icon is clicked. The request contains information about the currently visited page and the user's ID. If the website that is being visited is eligible for cashback bonuses according to the server's response, the extension's icon is updated.  The instructions for connecting to the remote server are found in the file named bg/bundle.js and the section of code is provided in the Appendix.<br><br>The cited function determines if the extension's icon should be in a neutral, activated, or suppressed state. If the website that is being visited is eligible for cashback bonuses the extension's icon is updated to a state that is not "neutral". This happens as a result of a request to a remote server.<br><br>The toolbar data includes at least one member of the group and the toolbar displays information to the user in response to such data. |
| **9**  **Claim Text** | **Rakuten: Get Cash Back For Shopping Chrome Extension** |

## Analysis of Rakuten: Get Cash Back For Shopping Chrome Extension
## Toolbar Patent Claim Chart

| | |
|---|---|
| A method for dynamically modifying a toolbar using a remote source accessible through a network, wherein the toolbar is displayable on a user Internet device and includes one or more toolbar buttons that are defined by toolbar data stored in one or more toolbar-defining databases of the user Internet device, the toolbar data includes a plurality of toolbar button attributes associated with the one or more toolbar buttons of the toolbar, wherein at least one of the plurality of toolbar button attributes identifies a function to be performed by a specific toolbar button, the method comprising: | Installed toolbar from Google Chrome extension uses "browser actions to put icons the main Google Chrome toolbar, to the right of the address bar."  Extensions must have an icon that sits in the browser toolbar. Toolbar icons allow easy access and keep users aware of which extensions are installed. Most users interact with an extensions that uses a pop-up by clicking on the icon. "The browser action icons in Chrome are 16 dips (device-independent pixels) wide and high. Larger icons are resized to fit, but for best results, use a 16-dip square icon." (https://developer.chrome.com/extensions/browserAction).  The default icon for the Rakuten: Get Cash Back For Shopping Chrome extension is defined in the manifest.json file as the image in the file named img/icon/icon-32.png. which is the following image:  After the toolbar is updated with data from the remote server, the button appearance is updated by specific code in the Rakuten: Get Cash Back For Shopping extension script file called bg/bundle.js.  In this case, the browserAction instruction changes the icon's appearance as shown in the snippet of a screen shot shown below:  The application developer can specify and action to be taken when the user clicks the button on the toolbar.  In the Rakuten: Get Cash Back For Shopping extension application the file that specifies the action to be taken on the popup is  and identifies the functions performed when the button is clicked by the user, specifically, displaying the information associated with the badge text. The manifest.json file specifies that the extension is authorized to use the Google Chrome storage database. The information sharing is bidirectional and information is sent from the remote server.  The manifest.json for the Rakuten: Get Cash Back For Shopping extension application specifies that the web resources identified in the Appendix can be accessed by the extension scripts and the remote server. |
| establishing a connection with a user Internet device, the connection invoked by the user Internet device; | The extension sends a request to a remote server when a new page is loaded or the extension icon is clicked. The request contains information about the currently visited page and the user's ID. The instructions for connecting to the remote server are found in the file named bg/bundle.js and the section of code is provided in the Appendix. |
| receiving, at the remote source, information associated with the toolbar data stored in the one or more toolbar-defining databases of the user Internet device; | The extension sends a request to a remote server when a new page is loaded or the extension icon is clicked. The request contains information about the currently visited page and the user's ID.  The extension sends a request to a remote server when a new page is loaded or the extension icon is clicked. The request contains information about the currently visited page and the user's ID. If the website that is being visited is eligible for cashback bonuses according to the server's response, the extension's icon is updated.  The instructions for connecting to the remote server are found in the file named bg/bundle.js and the section of code is provided in the Appendix. |
| determining, based on the information associated with the toolbar data stored in the one or more toolbar-defining databases of the user Internet device, that the user Internet device should receive updated toolbar data; and | The cited function determines if the extension's icon should be in a neutral, activated, or suppressed state. If the website that is being visited is eligible for cashback bonuses the extension's icon is updated to a state that is not "neutral". This happens as a result of a request to a remote server. The specific code that makes this determination is in the Rakuten: Get Cash Back For Shopping extension script file called bg/bundle.js and is provided in the Appendix. |

# Analysis of Rakuten: Get Cash Back For Shopping Chrome Extension
# Toolbar Patent Claim Chart

| | |
|---|---|
| sending, from the remote source via the network to the user Internet device, the updated toolbar data to be stored in the one or more toolbar-defining databases of the user Internet device, wherein the toolbar of the user Internet device is configured to receive the updated toolbar data, and to perform an operation that includes at least one member of a group comprising (a) and (b):<br>(a)  updating the toolbar data to include at least one new attribute of the toolbar data to change the toolbar by adding a toolbar button to the toolbar; and<br>(b)  updating the toolbar data to modify an attribute of at least one of the one or more toolbar buttons of the toolbar, wherein the information associated with the toolbar data includes at least one member of a group comprising a revision level, version, time, date, user ID, account owner ID, PAP ID, IP address, session keys, billing data, name, address, account information, connection history, procedures performed by a user, group ID, e-mail address, e-mail ID, e-mail password, residential address, and phone number. | The extension sends a request to a remote server when a new page is loaded or the extension icon is clicked. The request contains information about the currently visited page and the user's ID. If the website that is being visited is eligible for cashback bonuses according to the server's response, the extension's icon is updated.  The instructions for connecting to the remote server are found in the file named bg/bundle.js and the section of code is provided in the Appendix.<br><br>The updated toolbar shows a change after updating by use of a badge. A badge is a bit of text that is layered over the icon.  Badges make it easy to update the browser action to display a small amount of information about the state of the extension.  The text and color of the badge is set using browserAction.setBadgeText and browserAction.setBadgeBackgroundColor, respectively. (https://developer.chrome.com/extensions/browserAction)"<br><br>The java script file that includes the action that updates the toolbar is called bg/bundle.js.  The lines of code that update the button on the toolbar are included in the appendix. In this case, the browserAction instruction changes the icon's appearance as shown in the snippet of a screen shot shown below:<br><br><br><br>The extension sends a request to a remote server when a new page is loaded or the extension icon is clicked. The request contains information about the currently visited page and the user's ID.<br><br>The cited function determines if the extension's icon should be in a neutral, activated, or suppressed state. If the website that is being visited is eligible for cashback bonuses the extension's icon is updated to a state that is not "neutral". This happens as a result of a request to a remote server.<br><br>The extension sends a request to a remote server when a new page is loaded or the extension icon is clicked. The request contains information about the currently visited page and the user's ID. If the website that is being visited is eligible for cashback bonuses according to the server's response, the extension's icon is updated.  The instructions for connecting to the remote server are found in the file named bg/bundle.js and the section of code is provided in the Appendix.<br><br>The cited function determines if the extension's icon should be in a neutral, activated, or suppressed state. If the website that is being visited is eligible for cashback bonuses the extension's icon is updated to a state that is not "neutral". This happens as a result of a request to a remote server.<br><br>The toolbar data includes at least one member of the group and the toobar displays information to the user in response to such data |
| **17**   **Claim Text** | **Rakuten: Get Cash Back For Shopping Chrome Extension** |
| A method for dynamically modifying a toolbar of a user Internet device, the method comprising: | Installed toolbar from Google Chrome extension uses "browser actions to put icons the main Google Chrome toolbar, to the right of the address bar." |

# Analysis of Rakuten: Get Cash Back For Shopping Chrome Extension Toolbar Patent Claim Chart

| displaying a toolbar, at the user Internet device, that includes one or more toolbar buttons, the toolbar defined by toolbar data stored in one or more toolbar-defining databases, the toolbar data comprising a plurality of toolbar button attributes associated with the one or more toolbar buttons of the toolbar, wherein at least one of the plurality of toolbar button attributes identifies a function to be performed by a specific toolbar button upon actuation of the specific toolbar button; | Installed toolbar from Google Chrome extension uses "browser actions to put icons the main Google Chrome toolbar, to the right of the address bar."  Extensions must have an icon that sits in the browser toolbar. Toolbar icons allow easy access and keep users aware of which extensions are installed. Most users interact with an extensions that uses a pop-up by clicking on the icon. "The browser action icons in Chrome are 16 dips (device-independent pixels) wide and high. Larger icons are resized to fit, but for best results, use a 16-dip square icon." (https://developer.chrome.com/extensions/browserAction).  The default icon for the Rakuten: Get Cash Back For Shopping Chrome extension is defined in the manifest.json file as the image in the file named img/icon/icon-32.png. which is the following image:  After the toolbar is updated with data from the remote server, the button appearance is updated by specific code in the Rakuten: Get Cash Back For Shopping extension script file called bg/bundle.js.  In this case, the browserAction instruction changes the icon's appearance as shown in the snippet of a screen shot shown below:  The application developer can specify and action to be taken when the user clicks the button on the toolbar.  In the Rakuten: Get Cash Back For Shopping extension application the file that specifies the action to be taken on the popup is  and identifies the functions performed when the button is clicked by the user, specifically, displaying the information associated with the badge text. The manifest.json file specifies that the extension is authorized to use the Google Chrome storage database. The information sharing is bidirectional and information is sent from the remote server.  The manifest.json for the Rakuten: Get Cash Back For Shopping extension application specifies that the web resources identified in the Appendix can be accessed by the extension scripts and the remote server. |
|---|---|
| invoking, from the user Internet device and without user interaction, communication of information associated with the toolbar data to a server associated with a network address, wherein the information is used to determine that the user Internet device should receive updated toolbar data; | The extension sends a request to a remote server when a new page is loaded or the extension icon is clicked. The request contains information about the currently visited page and the user's ID. The instructions for connecting to the remote server are found in the file named bg/bundle.js and the section of code is provided in the Appendix. The  extension script defines a default icon to be installed on the browser toolbar and remains as long as the browser is open.  The computer program defined by the  extension script changes the appearance of the button in response to data received from a remote server.  The extension runs in the background and updates, responds to content of webpages, and modifies its icon and badge without user interaction |
| communicating the information associated with the toolbar data to the server; | The extension sends a request to a remote server when a new page is loaded or the extension icon is clicked. The request contains information about the currently visited page and the user's ID.  The extension sends a request to a remote server when a new page is loaded or the extension icon is clicked. The request contains information about the currently visited page and the user's ID. If the website that is being visited is eligible for cashback bonuses according to the server's response, the extension's icon is updated.  The instructions for connecting to the remote server are found in the file named bg/bundle.js and the section of code is provided in the Appendix. |
| receiving, at the user Internet device, the updated toolbar data in response to determining that the user Internet device should receive the updated toolbar data; | The extension sends a request to a remote server when a new page is loaded or the extension icon is clicked. The request contains information about the currently visited page and the user's ID.  The extension sends a request to a remote server when a new page is loaded or the extension icon is clicked. The request contains information about the currently visited page and the user's ID. If the website that is being visited is eligible for cashback bonuses according to the server's response, the extension's icon is updated.  The instructions for connecting to the remote server are found in the file named bg/bundle.js and the section of code is provided in the Appendix. |

# Analysis of Rakuten: Get Cash Back For Shopping Chrome Extension Toolbar Patent Claim Chart

| | |
|---|---|
| initiating, at the user Internet device and without user interaction, an operation to update the toolbar data in accordance with the updated toolbar data; | The extension sends a request to a remote server when a new page is loaded or the extension icon is clicked. The request contains information about the currently visited page and the user's ID. If the website that is being visited is eligible for cashback bonuses according to the server's response, the extension's icon is updated. The instructions for connecting to the remote server are found in the file named bg/bundle.js and the section of code is provided in the Appendix. The cited function determines if the extension's icon should be in a neutral, activated, or suppressed state. If the website that is being visited is eligible for cashback bonuses the extension's icon is updated to a state that is not "neutral". This happens as a result of a request to a remote server.<br><br>The extension script defines a default icon to be installed on the browser toolbar and remains as long as the browser is open. The computer program defined by the extension script changes the appearance of the button in response to data received from a remote server. The extension runs in the background and updates, responds to content of webpages, and modifies its icon and badge without user interaction |
| updating the toolbar data at the user Internet device based on the operation and in accordance with the updated toolbar data, thereby updating the toolbar data, the updating comprising at least one member of a group comprising (a) and (b):<br>(a) updating the toolbar data to include at least one new attribute of the toolbar data to change the toolbar by adding a toolbar button to the toolbar; and<br>(b) updating the toolbar data to modify an attribute of at least one of the one or more toolbar buttons of the toolbar; and | The extension sends a request to a remote server when a new page is loaded or the extension icon is clicked. The request contains information about the currently visited page and the user's ID. If the website that is being visited is eligible for cashback bonuses according to the server's response, the extension's icon is updated. The instructions for connecting to the remote server are found in the file named bg/bundle.js and the section of code is provided in the Appendix.<br><br>The updated toolbar shows a change after updating by use of a badge. A badge is a bit of text that is layered over the icon. Badges make it easy to update the browser action to display a small amount of information about the state of the extension. The text and color of the badge is set using browserAction.setBadgeText and browserAction.setBadgeBackgroundColor, respectively. (https://developer.chrome.com/extensions/browserAction)"<br><br>The java script file that includes the action that updates the toolbar is called bg/bundle.js. The lines of code that update the button on the toolbar are included in the appendix. In this case, the browserAction instruction changes the icon's appearance as shown in the snippet of a screen shot shown below:<br><br> |
| displaying at the user Internet device the toolbar as defined by the updated toolbar data, wherein the information associated with the toolbar data includes at least one member of a group comprising a revision level, version, time, date, user ID, account owner ID, PAP ID, data about a user, and one or more IP addresses. | The extension sends a request to a remote server when a new page is loaded or the extension icon is clicked. The request contains information about the currently visited page and the user's ID.<br><br>The cited function determines if the extension's icon should be in a neutral, activated, or suppressed state. If the website that is being visited is eligible for cashback bonuses the extension's icon is updated to a state that is not "neutral". This happens as a result of a request to a remote server.<br><br>The extension sends a request to a remote server when a new page is loaded or the extension icon is clicked. The request contains information about the currently visited page and the user's ID. If the website that is being visited is eligible for cashback bonuses according to the server's response, the extension's icon is updated. The instructions for connecting to the remote server are found in the file named bg/bundle.js and the section of code is provided in the Appendix.<br><br>The cited function determines if the extension's icon should be in a neutral, activated, or suppressed state. If the website that is being visited is eligible for cashback bonuses the extension's icon is updated to a state that is not "neutral". This happens as a result of a request to a remote server.<br><br>The toolbar data includes at least one member of the group and the toobar displays information to the user in response to such data |

# Analysis of Rakuten: Get Cash Back For Shopping Chrome Extension Toolbar Patent Claim Chart

| US9141263B2 | 3 |
| --- | --- |
| **Assignee:** | SELGAS THOMAS DRENNAN  [US] |
| **Title:** | Method of modifying a toolbar |
| **Filing Date:** | 2012-09-10 |
| **Publication Date:** | 2015-09-22 |
| **Inventor:** | SELGAS THOMAS DRENNAN  [US] |
| **Earliest Priority:** | 1997-06-19 |
| **Expiration:** | Patent Expired January 3, 2019 |

## Rakuten: Get Cash Back For Shopping Chrome Extension

| 1 | Claim Text | Rakuten: Get Cash Back For Shopping Chrome Extension |
| --- | --- | --- |
| | A method of modifying a toolbar, the method comprising: | Installed toolbar from Google Chrome extension uses "browser actions to put icons the main Google Chrome toolbar, to the right of the address bar." |
| | displaying, at a user Internet device, a toolbar comprising one or more buttons, the toolbar defined by toolbar data stored in one or more toolbar-defining databases, the toolbar data comprising a plurality of attributes, one or more of the plurality of attributes associated with a button of the toolbar, wherein for each button of the toolbar, at least one of the plurality of attributes identifies at least one function to be performed when the button is actuated by the user Internet device, wherein at least one of the functions comprises exchanging data between the toolbar and a computer program; | Extensions must have an icon that sits in the browser toolbar. Toolbar icons allow easy access and keep users aware of which extensions are installed. Most users interact with an extensions that uses a pop-up by clicking on the icon. "The browser action icons in Chrome are 16 dips (device-independent pixels) wide and high. Larger icons are resized to fit, but for best results, use a 16-dip square icon." (https://developer.chrome.com/extensions/browserAction).  The default icon for the Rakuten: Get Cash Back For Shopping Chrome extension is defined in the manifest.json file as the image in the file named img/icon/icon-32.png. which is the following image:  After the toolbar is updated with data from the remote server, the button appearance is updated by specific code in the Rakuten: Get Cash Back For Shopping extension script file called bg/bundle.js.  In this case, the browserAction instruction changes the icon's appearance as shown in the snippet of a screen shot shown below:  The application developer can specify and action to be taken when the user clicks the button on the toolbar.  In the Rakuten: Get Cash Back For Shopping extension application the file that specifies the action to be taken on the popup is  and identifies the functions performed when the button is clicked by the user, specifically, displaying the information associated with the badge text. The manifest.json file specifies that the extension is authorized to use the Google Chrome storage database. The information sharing is bidirectional and information is sent from the remote server.  The manifest.json for the Rakuten: Get Cash Back For Shopping extension application specifies that the web resources identified in the Appendix can be accessed by the extension scripts and the remote server. |

# Analysis of Rakuten: Get Cash Back For Shopping Chrome Extension Toolbar Patent Claim Chart

| | |
|---|---|
| initiating at the user Internet device, without user interaction, an operation to update the toolbar data in accordance with toolbar update data received from the Internet; | The extension sends a request to a remote server when a new page is loaded or the extension icon is clicked. The request contains information about the currently visited page and the user's ID. The instructions for connecting to the remote server are found in the file named bg/bundle.js and the section of code is provided in the Appendix.<br><br>The  extension script defines a default icon to be installed on the browser toolbar and remains as long as the browser is open.  The computer program defined by the  extension script changes the appearance of the button in response to data received from a remote server.  The extension runs in the background and updates, responds to content of webpages, and modifies its icon and badge without user interaction |
| updating, by the operation, the toolbar data in accordance with the toolbar update data, thereby producing updated toolbar data, wherein the updating comprises: | The extension sends a request to a remote server when a new page is loaded or the extension icon is clicked. The request contains information about the currently visited page and the user's ID. It also contains a session identifier if the user has activated the cashback option. This session identifier is used to award the user with cashback bonuses and also for tracking the user's purchases. The data about the user is sent to the external domain b.a.LOG. One example of the code for a post to a remote server including the user token is provided in the Appendix. |
| receiving, at the user Internet device, a first web page comprising a reference to a network location;<br>accessing, at the user Internet device, the reference; | The cited code is an event listener which captures the user's clicks in the popup page. If the user clicks on any of the various elements of the popup page which redirect to an external webpage a new tab is opened loading said webpage. The file with the code is called commons/bundle.js and the relevant lines of code are provided in the Appendix. |
| receiving, at the user Internet device, the toolbar update data in response to the user Internet device accessing the reference, wherein the received toolbar update data comprises a MIME type identification of the content type of the toolbar update data; | The extension sends a request to a remote server when a new page is loaded or the extension icon is clicked. The request contains information about the currently visited page and the user's ID. If the website that is being visited is eligible for cashback bonuses according to the server's response, the extension's icon is updated.  The instructions for connecting to the remote server are found in the file named bg/bundle.js and the section of code is provided in the Appendix.<br><br>A media type (also known as a Multipurpose Internet Mail Extensions or MIME type) is a standard that indicates the nature and format of a document, file, or assortment of bytes. It is defined and standardized in IETF's RFC 6838. (https://developer.mozilla.org/en-US/docs/Web/HTTP/Basics_of_HTTP/MIME_types)  The JSON file MIME type is specified at https://www.ietf.org/rfc/rfc4627.txt. |
| determining, at the user Internet device, that the MIME type identification is associated in the user Internet device with a database update program; | The extension sends a request to a remote server when a new page is loaded or the extension icon is clicked. The request contains information about the currently visited page and the user's ID. If the website that is being visited is eligible for cashback bonuses according to the server's response, the extension's icon is updated.  The instructions for connecting to the remote server are found in the file named bg/bundle.js and the section of code is provided in the Appendix. |
| providing, at the user Internet device, the toolbar update data to the database update program in response to the user Internet device determining the MIME type identification is associated in the user Internet device with the database update program; and | The extension sends a request to a remote server when a new page is loaded or the extension icon is clicked. The request contains information about the currently visited page and the user's ID. If the website that is being visited is eligible for cashback bonuses according to the server's response, the extension's icon is updated.  The instructions for connecting to the remote server are found in the file named bg/bundle.js and the section of code is provided in the Appendix. |

| | |
|---|---|
| initiating, at the database update program, the operation to update the toolbar data in accordance with the toolbar update data, the updating comprising at least one of the following steps (a) and (b), each respectively comprising:<br>(a)  writing at least one new attribute to the original toolbar data, wherein the writing at least one new attribute to the toolbar data comprises changing the one or more buttons of the toolbar by adding a button; and<br>(b)  updating at least one attribute of the toolbar data; and<br>displaying, at the user Internet device, the toolbar as defined by the updated toolbar data. | The extension sends a request to a remote server when a new page is loaded or the extension icon is clicked. The request contains information about the currently visited page and the user's ID. If the website that is being visited is eligible for cashback bonuses according to the server's response, the extension's icon is updated.  The instructions for connecting to the remote server are found in the file named bg/bundle.js and the section of code is provided in the Appendix.<br><br>The updated toolbar shows a change after updating by use of a badge. A badge is a bit of text that is layered over the icon.  Badges make it easy to update the browser action to display a small amount of information about the state of the extension.  The text and color of the badge is set using browserAction.setBadgeText and browserAction.setBadgeBackgroundColor, respectively.  (https://developer.chrome.com/extensions/browserAction)"<br><br>The java script file that includes the action that updates the toolbar is called bg/bundle.js.  The lines of code that update the button on the toolbar are included in the appendix. In this case, the browserAction instruction changes the icon's appearance as shown in the snippet of a screen shot shown below:<br><br> |

# Analysis of Rakuten: Get Cash Back For Shopping Chrome Extension Toolbar Patent Claim Chart

| US8275863B2 | | Rakuten: Get Cash Back For Shopping Chrome Extension |
|---|---|---|
| **Assignee:** | SELGAS THOMAS DRENNAN  [US] | |
| **Title:** | Method of modifying a toolbar | |
| **Filing Date:** | 2003-04-16 | |
| **Publication Date:** | 2012-09-25 | |
| **Inventor:** | SELGAS THOMAS DRENNAN  [US] | |
| **Earliest Priority:** | 1997-06-19 | |
| **Expiration:** | Patent Expired June 19, 2018 | |

| 1 | Claim Text | Rakuten: Get Cash Back For Shopping Chrome Extension |
|---|---|---|
| | A method of modifying a toolbar, comprising the steps of: | Extensions must have an icon that sits in the browser toolbar. |
| | a user Internet device displaying a toolbar comprising one or more buttons, the toolbar defined by toolbar data stored in one or more toolbar-defining databases, the toolbar data comprising a plurality of attributes, each attribute associated with a button of the toolbar, wherein for each button of the toolbar, at least one of the plurality of attributes identifying a function to be performed when the button is actuated by the user Internet device; | Toolbar icons allow easy access and keep users aware of which extensions are installed. Most users interact with an extensions that uses a pop-up by clicking on the icon. "The browser action icons in Chrome are 16 dips (device-independent pixels) wide and high. Larger icons are resized to fit, but for best results, use a 16-dip square icon." (https://developer.chrome.com/extensions/browserAction).  The default icon for the Rakuten: Get Cash Back For Shopping Chrome extension is defined in the manifest.json file as the image in the file named img/icon/icon-32.png. which is the following image:<br><br><br><br>After the toolbar is updated with data from the remote server, the button appearance is updated by specific code in the Rakuten: Get Cash Back For Shopping extension script file called bg/bundle.js.  In this case, the browserAction instruction changes the icon's appearance as shown in the snippet of a screen shot shown below:<br><br>The application developer can specify and action to be taken when the user clicks the button on the toolbar.  In the Rakuten: Get Cash Back For Shopping extension application the file that specifies the action to be taken on the popup is  and identifies the functions performed when the button is clicked by the user, specifically, displaying the information associated with the badge text.<br><br>The manifest.json file specifies that the extension is authorized to use the Google Chrome storage database.<br><br>The information sharing is bidirectional and information is sent from the remote server.  The manifest.json for the Rakuten: Get Cash Back For Shopping extension application specifies that the web resources identified in the Appendix can be accessed by the extension scripts and the remote server. |

# Analysis of Rakuten: Get Cash Back For Shopping Chrome Extension Toolbar Patent Claim Chart

| | |
|---|---|
| the user Internet device automatically sending a revision level of the one or more toolbar-defining databases to a predetermined network address; | The version field is one of only three required fields in the manifest.json file.  The Chrome Browser periodically checks for new versions of installed extensions and updates them without user intervention. To release an update to an extension, increase the number in the "version" field of the manifest. Convert the updated extension directory into a ZIP file and locate the old version in the Developer Dashboard. Select Edit, upload the new package, and hit Publish. The browser will automatically update the extension for users after the new version is published.  (https://developer.chrome.com/extensions/hosting)  The manifest.json file specifies the network address for the update server as https://clients2.google.com/service/update2/crx.<br><br>The extension sends a request to a remote server when a new page is loaded or the extension icon is clicked. The request contains information about the currently visited page and the user's ID. The instructions for connecting to the remote server are found in the file named bg/bundle.js and the section of code is provided in the Appendix.<br><br>The  extension script defines a default icon to be installed on the browser toolbar and remains as long as the browser is open.  The computer program defined by the  extension script changes the appearance of the button in response to data received from a remote server.  The extension runs in the background and updates, responds to content of webpages, and modifies its icon and badge without user interaction |
| a server at the predetermined network address determining, from the revision level, the user Internet device should receive the toolbar update data; | To release an update to an extension, increase the number in the "version" field of the manifest. Convert the updated extension directory into a ZIP file and locate the old version in the Developer Dashboard. Select Edit, upload the new package, and hit Publish. The browser will automatically update the extension for users after the new version is published.  (https://developer.chrome.com/extensions/hosting) The manifest.json file specifies the network address for the update server as https://clients2.google.com/service/update2/crx.<br><br>The cited function determines if the extension's icon should be in a neutral, activated, or suppressed state. If the website that is being visited is eligible for cashback bonuses the extension's icon is updated to a state that is not "neutral". This happens as a result of a request to a remote server. The specific code that makes this determination is in the Rakuten: Get Cash Back For Shopping extension script file called bg/bundle.js and is provided in the Appendix. |
| the user Internet device receiving toolbar update data from the Internet; | The browser will automatically update the extension for users after the new version is published. (https://developer.chrome.com/extensions/hosting)<br><br>The extension sends a request to a remote server when a new page is loaded or the extension icon is clicked. The request contains information about the currently visited page and the user's ID. If the website that is being visited is eligible for cashback bonuses according to the server's response, the extension's icon is updated.  The instructions for connecting to the remote server are found in the file named bg/bundle.js and the section of code is provided in the Appendix. |
| the user Internet device initiating without user interaction an operation to update the toolbar data in accordance with the toolbar update data received; | The browser will automatically update the extension for users after the new version is published. (https://developer.chrome.com/extensions/hosting)<br><br> The extension script defines a default icon to be installed on the browser toolbar and remains as long as the browser is open.  The computer program defined by the extension script changes the appearance of the button in response to data received from a remote server.  The extension runs in the background and updates, responds to content of webpages, and modifies its icon and badge without user interaction |

## Analysis of Rakuten: Get Cash Back For Shopping Chrome Extension Toolbar Patent Claim Chart

| | | |
|---|---|---|
| | the user Internet device updating, by the operation, the toolbar data in accordance with the toolbar update data, thereby producing updated toolbar data, the updating comprising at least one of the following steps (a) and (b), each respectively comprising:<br>   (a)  writing at least one new attribute to the original toolbar data, wherein the writing at least one new attribute to the toolbar data comprises changing the one or more positions of the toolbar by adding a button; and<br>   (b)  updating at least one attribute of the toolbar data; and<br>the user Internet device displaying the toolbar as defined by the updated toolbar data. | The updated toolbar shows a change after updating by use of a badge. A badge is a bit of text that is layered over the icon.  Badges make it easy to update the browser action to display a small amount of information about the state of the extension.  The text and color of the badge is set using browserAction.setBadgeText and browserAction.setBadgeBackgroundColor, respectively. (https://developer.chrome.com/extensions/browserAction)"<br><br>The java script file that includes the action that updates the toolbar is called bg/bundle.js.  The lines of code that update the button on the toolbar are included in the appendix. In this case, the browserAction instruction changes the icon's appearance as shown in the snippet of a screen shot shown below:<br><br> |
| **24** | **Claim Text** | **Rakuten: Get Cash Back For Shopping Chrome Extension** |
| | A method of modifying a tollbar, comprising the steps of: | Extensions must have an icon that sits in the browser toolbar. |
| | a user Internet device displaying a toolbar comprising one or more buttons, the toolbar defined by toolbar data stored in one or more toolbar-defining databases, the toolbar data comprising a plurality of attributes, each attribute associated with a button of the toolbar, wherein for each button of the toolbar, at least one of the plurality of attributes identifying a function to be performed when the button is actuated by the user Internet device; | Toolbar icons allow easy access and keep users aware of which extensions are installed. Most users interact with an extensions that uses a pop-up by clicking on the icon. "The browser action icons in Chrome are 16 dips (device-independent pixels) wide and high. Larger icons are resized to fit, but for best results, use a 16-dip square icon." (https://developer.chrome.com/extensions/browserAction).  The default icon for the Rakuten: Get Cash Back For Shopping Chrome extension is defined in the manifest.json file as the image in the file named img/icon/icon-32.png. which is the following image:<br><br><br><br>After the toolbar is updated with data from the remote server, the button appearance is updated by specific code in the Rakuten: Get Cash Back For Shopping extension script file called bg/bundle.js.  In this case, the browserAction instruction changes the icon's appearance as shown in the snippet of a screen shot shown below:<br><br><br><br>The application developer can specify and action to be taken when the user clicks the button on the toolbar.  In the Rakuten: Get Cash Back For Shopping extension application the file that specifies the action to be taken on the popup is  and identifies the functions performed when the button is clicked by the user, specifically, displaying the information associated with the badge text.<br><br>The manifest.json file specifies that the extension is authorized to use the Google Chrome storage database.<br><br>The information sharing is bidirectional and information is sent from the remote server.  The manifest.json for the Rakuten: Get Cash Back For Shopping extension application specifies that the web resources identified in the Appendix can be accessed by the extension scripts and the remote server. |

## Analysis of Rakuten: Get Cash Back For Shopping Chrome Extension Toolbar Patent Claim Chart

| | |
|---|---|
| the user Internet device receiving a first web page comprising a reference to a network location; | The extension sends a request to a remote server when a new page is loaded or the extension icon is clicked. The request contains information about the currently visited page and the user's ID. It also contains a session identifier if the user has activated the cashback option. This session identifier is used to award the user with cashback bonuses and also for tracking the user's purchases. The data about the user is sent to the external domain b.a.LOG. One example of the code for a post to a remote server including the user token is provided in the Appendix. |
| the user Internet device accessing the reference; | The cited code is an event listener which captures the user's clicks in the popup page. If the user clicks on any of the various elements of the popup page which redirect to an external webpage a new tab is opened loading said webpage. The file with the code is called commons/bundle.js and the relevant lines of code are provided in the Appendix. |
| the user Internet device receiving a MIME type identification of the content type of the toolbar update data in response to the user Internet device accessing the reference; | The extension sends a request to a remote server when a new page is loaded or the extension icon is clicked. The request contains information about the currently visited page and the user's ID. If the website that is being visited is eligible for cashback bonuses according to the server's response, the extension's icon is updated.  The instructions for connecting to the remote server are found in the file named bg/bundle.js and the section of code is provided in the Appendix.<br><br>A media type (also known as a Multipurpose Internet Mail Extensions or MIME type) is a standard that indicates the nature and format of a document, file, or assortment of bytes. It is defined and standardized in IETF's RFC 6838. (https://developer.mozilla.org/en-US/docs/Web/HTTP/Basics_of_HTTP/MIME_types)  The JSON file MIME type is specified at https://www.ietf.org/rfc/rfc4627.txt. |
| the user Internet device determining the MIME type identification is associated in the user Internet device with a database update program; | The extension sends a request to a remote server when a new page is loaded or the extension icon is clicked. The request contains information about the currently visited page and the user's ID. If the website that is being visited is eligible for cashback bonuses according to the server's response, the extension's icon is updated.  The instructions for connecting to the remote server are found in the file named bg/bundle.js and the section of code is provided in the Appendix. |
| in response to the user Internet device determining the MIME type identification is associated in the user Internet device with the database update program, the user Internet device providing the toolbar update data to the database update program; | The extension sends a request to a remote server when a new page is loaded or the extension icon is clicked. The request contains information about the currently visited page and the user's ID. If the website that is being visited is eligible for cashback bonuses according to the server's response, the extension's icon is updated.  The instructions for connecting to the remote server are found in the file named bg/bundle.js and the section of code is provided in the Appendix. |
| the user Internet device receiving the toolbar update data from the Internet in response to the user Internet device accessing the reference; | The extension sends a request to a remote server when a new page is loaded or the extension icon is clicked. The request contains information about the currently visited page and the user's ID. If the website that is being visited is eligible for cashback bonuses according to the server's response, the extension's icon is updated.  The instructions for connecting to the remote server are found in the file named bg/bundle.js and the section of code is provided in the Appendix. |
| the database update program initiating without user interaction an operation to update the toolbar data in accordance with the toolbar update data received; | The extension sends a request to a remote server when a new page is loaded or the extension icon is clicked. The request contains information about the currently visited page and the user's ID. The instructions for connecting to the remote server are found in the file named bg/bundle.js and the section of code is provided in the Appendix.<br><br>The extension script defines a default icon to be installed on the browser toolbar and remains as long as the browser is open.  The computer program defined by the extension script changes the appearance of the button in response to data received from a remote server.  The extension runs in the background and updates, responds to content of webpages, and modifies its icon and badge without user interaction |

## Analysis of Rakuten: Get Cash Back For Shopping Chrome Extension
### Toolbar Patent Claim Chart

| | |
|---|---|
| the user Internet device updating, by the operation, the toolbar data in accordance with the toolbar update data, thereby producing updated toolbar data, the updating comprising at least one of the following steps (a) and (b), each respectively comprising:<br><br>  (a)  writing at least one new attribute to the original toolbar data, wherein the writing at least one new attribute to the toolbar data comprises changing the one or more buttons of the toolbar by adding a button; and<br><br>  (b)  updating at least one attribute of the toolbar data and the user Internet device displaying the toolbar as defined by the updated toolbar data. | The updated toolbar shows a change after updating by use of a badge. A badge is a bit of text that is layered over the icon.  Badges make it easy to update the browser action to display a small amount of information about the state of the extension.  The text and color of the badge is set using browserAction.setBadgeText and browserAction.setBadgeBackgroundColor, respectively. (https://developer.chrome.com/extensions/browserAction)"<br><br>The java script file that includes the action that updates the toolbar is called bg/bundle.js.  The lines of code that update the button on the toolbar are included in the appendix. In this case, the browserAction instruction changes the icon's appearance as shown in the snippet of a screen shot shown below:<br><br> |

# Analysis of Rakuten: Get Cash Back For Shopping Chrome Extension
# Appendix

Appendix – Manifest.json Code For Rakuten: Get Cash Back For Shopping Extension:

```
{
    "update_url": "https://clients2.google.com/service/update2/crx",
    "name": "Rakuten: Get Cash Back For Shopping",
    "version": "4.39.1",
    "description": "The best coupons and the most Cash Back. We do all the work. You just shop and
save.",
    "homepage_url": "https://www.rakuten.com/",
    "author": "Rakuten",
    "manifest_version": 2,
    "permissions": [
        "tabs",
        "webNavigation",
        "webRequest",
        "storage",
        "",
        "cookies"
    ],
    "content_scripts": [
        {
            "all_frames": false,
            "js": [
                "commons/bundle.js",
                "content/bundle.js"
            ],
            "matches": [
                ""
            ],
            "run_at": "document_start"
        }
    ],
    "background": {
        "scripts": [
            "commons/bundle.js",
            "bg/bundle.js"
        ],
        "persistent": true
    },
    "options_ui": {
        "page": "settings/settings.html",
        "open_in_tab": true
    },
    "browser_action": {
        "default_icon": "img/icon/icon-32.png",
        "default_title": "Rakuten: Get Cash Back For Shopping"
    },
    "icons": {
        "16": "img/icon/icon-32.png",
        "48": "img/icon/icon-64.png",
        "128": "img/icon/icon-128.png"
    },
    "short_name": "Rakuten",
    "web_accessible_resources": [
        "content/*.css",
        "fonts/*.css",
        "fonts/*.woff",
        "fonts/*.woff2",
        "fonts/*.ttf",
        "fonts/*.otf",
        "serp/*.css",
        "img/*"
    ],
    "optional_permissions": [
        "notifications"
    ]
}
```

# Analysis of Rakuten: Get Cash Back For Shopping Chrome Extension
# Appendix

Appendix – List Of Files For Rakuten: Get Cash Back For Shopping Extension:

*manifest.json1410 B*
*_metadata/verified_contents.json7066 B*
*bg/bundle.js306 KB*
*commons/bundle.js253 KB*
*content/bundle.js416 KB*
*content/style.css211 KB*
*fonts/bundle.js1057 B*
*fonts/style.css534 B*
*img/404image.png17 KB*
*img/ajax-loader.gif4178 B*
*img/amex-2x.png4075 B*
*img/confetti_animation.gif86 KB*
*img/coupon_animation.gif31 KB*
*img/gdpr.png176 KB*
*img/groupon_powered_horiz_white.png2332 B*
*img/groupon_powered_horiz.png2544 B*
*img/groupon_powered_white.png2290 B*
*img/groupon_powered.png2898 B*
*img/icon/icon-128.png5167 B*
*img/icon/icon-32.png5372 B*
*img/icon/icon-64.png8033 B*
*img/mastercard-2x.png4401 B*
*img/notification-arrow.png2185 B*
*img/rakuten/icon-32-activated.png747 B*
*img/rakuten/icon-32-notactivated-bg.png744 B*
*img/rakuten/icon-32-notactivated.png529 B*
*img/rakuten/icon-32.png1116 B*
*img/rakuten/icon-rakuten-black.svg811 B*
*img/rakuten/icon-rakuten-gradient.svg1108 B*
*img/rakuten/icon-rakuten-white.svg811 B*
*img/rakuten/logo-rakuten-black.svg1152 B*
*img/rakuten/logo-rakuten-grey.svg1152 B*
*img/rakuten/logo-rakuten-white.svg1153 B*
*img/rakuten/logo-rakuten.svg1425 B*
*img/sample_orders.png156 KB*
*img/slick.svg2152 B*
*img/visa-2x.png2398 B*
*img/visa-black.png6358 B*
*img/visa-rakuten.png47 KB*
*libs/feature-flags.js2444 B*
*libs/jquery.auto-complete.min.js3925 B*
*popup/bundle.js290 KB*
*popup/popup.html2411 B*
*popup/style.css64 KB*
*serp/bundle.js1057 B*
*serp/style.css561 KB*
*settings/bundle.js614 KB*
*settings/framework.js189 B*
*settings/settings.html387 B*
*settings/style.css279 KB*

# Analysis of Rakuten: Get Cash Back For Shopping Chrome Extension
# Appendix

Appendix – Lines Of Code In Manifest.Json That Define Web
Resources That Are Accessed By The Extension Scripts And The
Remote Server.

```
"permissions": [
    "tabs",
    "webNavigation",
    "webRequest",
    "storage",
    "",
    "cookies"
],"web_accessible_resources": [
    "content/*.css",
    "fonts/*.css",
    "fonts/*.woff",
    "fonts/*.woff2",
    "fonts/*.ttf",
    "fonts/*.otf",
    "serp/*.css",
    "img/*"
]
```

# Analysis of Rakuten: Get Cash Back For Shopping Chrome Extension Appendix

Appendix – Lines Of Code For Updating Badge In File: bg/bundle.js

```
v = function(t) {
    if (t)
        try {
            h.a.browser.isLegacyEdge ? h.a.ui.button.setIcon(t) : chrome.browserAction.setIcon(t)
        } catch (t) {}
};
```

# Analysis of Rakuten: Get Cash Back For Shopping Chrome Extension
## Appendix

Appendix – Lines Of Code For Connecting To Remote Server
And Determining Update For Badge In File:  bg/bundle.js

```
function A(t) {
    return fetch(b.a.LOG, {
        method: "POST",
        headers: {
            "Content-Type": "application/x-www-form-urlencoded; charset=UTF-8",
            "X-Button-Version": g.a.extension.version
        },
        body: "".concat(Object(v.l)(t), "&")
    })
}
```

# Analysis of Rakuten: Get Cash Back For Shopping Chrome Extension
## Appendix

Appendix – Lines Of Code For Sending User Data To A Remote
Server In Files:  bg/bundle.js

```
function A(t) {
    return fetch(b.a.LOG, {
        method: "POST",
        headers: {
            "Content-Type": "application/x-www-form-urlencoded; charset=UTF-8",
            "X-Button-Version": g.a.extension.version
        },
        body: "".concat(Object(v.l)(t), "&")
    })
}
```

# Analysis of Rakuten: Get Cash Back For Shopping Chrome Extension
# Appendix

Appendix – Lines Of Code For Sending User To A Remote
Website In File:  commons/bundle.js

```
A.event = {
        global: {},
        add: function(e, t, n, r, i) {
        var o, s, a, u, c, l, d, f, h, p, m, g = X.get(e);
        if (J(e))
            for (n.handler && (n = (o = n).handler,
            i = o.selector),
            i && A.find.matchesSelector(oe, i),
            n.guid || (n.guid = A.guid++),
            (u = g.events) || (u = g.events = Object.create(null)),
            (s = g.handle) || (s = g.handle = function(t) {
                return void 0 !== A && A.event.triggered !== t.type ? A.event.dispatch.apply(e,
arguments) : void 0
            }
            ),
            c = (t = (t || "").match(P) || [""]).length; c--; )
            h = m = (a = Se.exec(t[c]) || [])[1],
            p = (a[2] || "").split(".").sort(),
            h && (d = A.event.special[h] || {},
            h = (i ? d.delegateType : d.bindType) || h,
            d = A.event.special[h] || {},
            l = A.extend({
                type: h,
                origType: m,
                data: r,
                handler: n,
                guid: n.guid,
                selector: i,
                needsContext: i && A.expr.match.needsContext.test(i),
                namespace: p.join(".")
            }, o),
            (f = u[h]) || ((f = u[h] = []).delegateCount = 0,
            d.setup && !1 !== d.setup.call(e, r, p, s) || e.addEventListener &&
e.addEventListener(h, s)),
            d.add && (d.add.call(e, l),
            l.handler.guid || (l.handler.guid = n.guid)),
            i ? f.splice(f.delegateCount++, 0, l) : f.push(l),
            A.event.global[h] = !0)
        },
```