UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **EBATES PERFORMANCE MARKETING, INC. d/b/a RAKUTEN REWARDS and CARTERA COMMERCE, INC.,** | ) ) ) ) ) | Case No.:  5:20-cv-04768-LHK |
| Plaintiffs, | ) ) ) | **Defendant's Exhibit In Support of Motion to Dismiss** |
| **vs.** | ) ) ) | |
| **MyMail, Ltd.,** | ) ) ) | |
| Defendant. | ) | |

**DEFENDANT'S EXHIBIT**

**IN SUPPORT OF MOTION TO DISMISS COMPLAINT**

**EXHIBIT A**

## Christopher Michaels

| | |
|---|---|
| **From:** | raskinj@gtlaw.com |
| **Sent:** | Tuesday, June 23, 2020 5:00 PM |
| **To:** | Christopher Michaels |
| **Subject:** | MyMail v. Rakuten/Delta |
| | |
| **Follow Up Flag:** | Moved to Worldox (EMAIL\MMT\1\EMAIL\MICHAELS\00918142.MSG) |

Dear Chris,

Thanks for taking the time to speak with me today. As we discussed, I represent both Rakuten (formerly Ebates) and Delta in these matters. I look forward to hearing back from you after your call with MyMail this Friday.

Regards,

Josh

**Joshua L. Raskin**
Shareholder

Greenberg Traurig, LLP
MetLife Building | 200 Park Avenue | New York, NY 10166
T +1 212.801.6930
M +1 917.747.3351
raskinj@gtlaw.com  |  www.gtlaw.com  |  View GT Biography



---

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.