UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EBATES PERFORMANCE MARKETING, INC. d/b/a RAKUTEN REWARDS and CARTERA COMMERCE, INC.,**<br><br>Plaintiffs,<br><br>vs.<br><br>**MyMail, Ltd.,**<br><br>Defendant. | Case No.: 5:20-cv-04768-LHK<br><br>**ORDER**<br>**(Proposed)** |

**ORDER**

AND NOW, this _____ day of _____, 2020, in consideration of Defendant MyMail, Ltd's Motion to Dismiss, and any response in opposition thereto, it is hereby ORDERED that the Motion is GRANTED.

Plaintiff's Complaint is hereby DISMISSED.

Entered this, _____, 2020

_____
**Lucy H. Koh**
Judge of the District Court
Northern District of California