UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EBATES PERFORMANCE MARKETING, INC. d/b/a RAKUTEN REWARDS and CARTERA COMMERCE, INC.,**<br><br>Plaintiffs,<br><br>vs.<br><br>**MyMail, Ltd.,**<br><br>Defendant. | Case No.: 5:20-cv-04768-LHK<br><br>**Defendant's Exhibit**<br>**In Support of Motion to Dismiss** |

# DEFENDANT'S EXHIBIT

# IN SUPPORT OF MOTION TO DISMISS COMPLAINT

**EXHIBIT B**

# Christopher Michaels

| | |
|---|---|
| **From:** | michaels@bpmlegal.com |
| **Sent:** | Thursday, July 16, 2020 6:53 PM |
| **To:** | raskinj@gtlaw.com |
| **Cc:** | KassenoffA@gtlaw.com |
| **Subject:** | Re: Rakuten v. MyMail |

Josh:

You requested as a courtesy that we hold off accusing your client's other customers and in good faith we did so.

You called me several times to make sure we understood your communications in context and to assure me that your client wished to pursue licensing rather than litigation. It seems that your objective was to buy time to go to litigate in a forum of your choosing.

We have learned from your client's actions to date. I wonder what your client is to learn about US litigation.

Good luck.

Chris

Christopher A. Michaels
Brown & Michaels, PC
4th Floor M&T Bank Building
118 North Tioga Street
Ithaca, NY 14850
(607) 256-2000 (office)
(607) 256-3628 (fax)
www.bpmlegal.com

> On Jul 16, 2020, at 6:31 PM, "raskinj@gtlaw.com" <raskinj@gtlaw.com> wrote:
>
> Dear Chris,
>
> Attached is a <u>courtesy copy</u> of a complaint filed today by Rakuten Rewards and Cartera against MyMail in ND Cal. Please let me know if/when you are available next week to discuss. I am generally available on Tuesday and Wednesday.
>
> Thanks,
>
> Josh
>
> **Joshua L. Raskin**
> Shareholder; Chair, NY IP & Technology Group
>
> Greenberg Traurig, LLP
> MetLife Building | 200 Park Avenue | New York, NY 10166
> T +1 212.801.6930

M +1 917.747.3351
[raskinj@gtlaw.com](mailto:raskinj@gtlaw.com) | [www.gtlaw.com](http://www.gtlaw.com) | View GT Biography

<image001.png>

---

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.

<2020.07.16 [001] Complaint for Declaratory Judgment of Noninfringement of Patent.pdf>

Defendant's Exhibit B
8/17/2020

Case No.: 5:20-cv-04768