# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EBATES PERFORMANCE MARKETING, INC. d/b/a RAKUTEN REWARDS and CARTERA COMMERCE, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MYMAIL, LTD.,<br><br>Defendant. | CASE NO. 20-cv-04768-LHK<br><br>**[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO DISMISS THE COMPLAINT UNDER 28 U.S.C. § 2201 AND FRCP RULE 4(k) (as Revised 8/17/20)** |

Before the Court is Defendant MyMail, Ltd.'s Motion to Dismiss The Complaint Under 28 U.S.C. § 2201 and FRCP 4(k) (as Revised 8/17/20) ("Motion"). Having considered Defendant's Motion, Plaintiffs Ebates Performance Marketing, Inc. d/b/a Rakuten Rewards and Cartera Commerce, Inc.'s Opposition, and any affidavits attached thereto, Defendant's Motion is DENIED.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Lucy H. Koh
United States District Judge